# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA-NORTHERN
NEVADA SOUND AND COMMUNICATIONS
EMPLOYEE BENEFIT TRUST FUNDS;
DOUG LUNG AND BOB TRAGNI AS
TRUSTEES OF THE NORTHERN
CALIFORNIA-NORTHERN NEVADA

V.

SPARTAN ENGINEERING, INC.,
a California Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08 00537 RS**

TO: SPARTAN ENGINEERING, INC.,
a California Corporation
540 Parrott Street
San Jose, CA 95112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                              JAN 2 4 2008

CLERK                                                           DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE<br>Plaintiff, | CASE NUMBER<br>C08 00537 RS |
| SPARTAN ENGINEERING, INC.<br>Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; DISTRICT COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; GENERAL ORDER NO. 53; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ORDER OF THE CHIEF JUDGE; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION

in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : SPARTAN ENGINEERING, INC.

    By Serving       :Tim Veronda, Person In Charge / Authorized To Accept Service Of Process

    Address          : ( Business ) SPARTAN ENGINEERING, INC.

                        540 Parrott Street
                        San Jose, Ca 95112
    Date of Service  : February 21, 2008

    Time of Service  : 12:00PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: February 21, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1170

Signature: _____
MATTHEW CLARK

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS
Defendant : SPARTAN ENGINEERING, INC.

Ref # 20881140      **DECLARATION OF MAILING**      Case No. C08 00537 RS

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; DISTRICT COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; GENERAL ORDER NO. 53; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ORDER OF THE CHIEF JUDGE; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

SPARTAN ENGINEERING, INC.

( Business ) SPARTAN ENGINEERING, INC.
540 Parrott Street
San Jose, Ca 95112

Date of mailing: February 21, 2008

Person serving:
MATTHEW CLARK

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1170
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 21, 2008      Signature: _____