**\*E-FILED\***
**May 1, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SPARTAN ENGINEERING, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-00537 RS<br><br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for May 14, 2008 at 2:30 p.m. has been continued to **May 21, 2008 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **May 14, 2008**.

Dated: May 1, 2008

                        For the Court,
                        RICHARD W. WEIKING, Clerk

                        By:  /s/ Martha Parker Brown
                                Courtroom Deputy Clerk

United States District Court
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

2 | Sue Campbell suecampbell@att.net, cdel@att.net, lawoffice@att.net, marysuecampbell@sbcglobal.net, sue@campbelltrustlaw.com

5 | Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.