1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 NORTHERN CALIFORNIA-NORTHERN      )   CASE NO.:  C08-00537 RS
   NEVADA SOUND AND COMMUNICATIONS)
11 EMPLOYEE BENEFIT TRUST FUNDS;    )   CASE MANAGEMENT
   DOUG LUNG AND BOB TRAGNI AS      )   CONFERENCE STATEMENT
12 TRUSTEES OF THE NORTHERN         )   AND REQUEST FOR
   CALIFORNIA-NORTHERN NEVADA       )   REASSIGNMENT TO
13 SOUND AND COMMUNICATIONS         )   DISTRICT COURT JUDGE
   DISTRICT NO. 9 HEALTH AND WELFARE)
14 TRUST FUND,                      )
                                    )   Date:  May 21, 2008
15             Plaintiffs,           )   Time:  2:30 p.m.
                                    )   Place: Courtroom 4, 5th Floor
16 vs.                              )
                                    )
17 SPARTAN ENGINEERING, INC.,       )
   a California Corporation,        )
18                                  )
               Defendant.            )
19                                  )

20

21       All parties have been served in this case. A request for entry of default will be requested

22 against Defendant SPARTAN ENGINEERING, INC., Corporation, on or about May 8, 2008.

23       Plaintiffs request the May 21, 2008, Case Management Conference be vacated, and the

24 court reassign the case to a District Court Judge for hearing on Plaintiff's motion for default

25 judgment which will be scheduled after June 30, 2008..

26                                       Respectfully submitted,

27 Dated: May 7, 2008                    _____
                                         SUE CAMPBELL
28                                       Attorney for Plaintiff

                                        1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

## ORDER

Based on the Case Management Conference Statement submitted by Plaintiffs, the Court hereby VACATES the Case Management Conference scheduled for May 21, 2008, at 2:30 p.m. in Courtroom 4, 5th Floor. The case will be reassigned to a District Court Judge for hearing on Plaintiff's motion for default judgment.

Dated: _____    _____
JUDGE OF THE U.S. DISTRICT COURT