# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS, ET AL<br><br>       Plaintiff(s),<br><br>   vs.<br><br>SPARTAN ENGINEERING, INC.,<br><br>       Defendant(s). | C 08-00537 RS<br><br>CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

The initial Case Management Conference previously set for **May 21, 2008 at 2:30 p.m.,** before Magistrate Judge Richard Seeborg will **not** be held.  An initial Case Management Conference will need to be re-set before the newly assigned District Judge.

Dated: May 8, 2008                                  RICHARD W. WIEKING,
                                                                       Clerk of Court


                                                                       /s/
                                                                    By: Martha Parker Brown
                                                                       Deputy Clerk