SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

*E-FILED - 5/15/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SPARTAN ENGINEERING, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C08-00537 RMW<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE<br><br>Date:  May 21, 2008<br>Time:  2:30 p.m.<br>Place: Courtroom 4, 5th Floor |

All parties have been served in this case. A request for entry of default will be requested against Defendant SPARTAN ENGINEERING, INC., Corporation, on or about May 8, 2008.

Plaintiffs request the May 21, 2008, Case Management Conference be vacated, and the court reassign the case to a District Court Judge for hearing on Plaintiff's motion for default judgment which will be scheduled after June 30, 2008..

Respectfully submitted,

Dated: May 7, 2008

_____
SUE CAMPBELL
Attorney for Plaintiff

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based on the Case Management Conference Statement submitted by Plaintiffs, the Court hereby VACATES the Case Management Conference scheduled for May 21, 2008, at 2:30 p.m. in Courtroom 4, 5th Floor. The case will be reassigned to a District Court Judge for hearing on Plaintiff's motion for default judgment. The Court will set a hearing date for plaintiff's motion for default judgment on July 25, 2008 @ 9:00 a.m.

Dated: 5/14/08

*Ronald M. Whyte*

JUDGE OF THE U.S. DISTRICT COURT

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER