1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  NORTHERN CALIFORNIA-NORTHERN      )   CASE NO.:  C08-00537 RMW
    NEVADA SOUND AND COMMUNICATIONS)
11  EMPLOYEE BENEFIT TRUST FUNDS;     )
    DOUG LUNG AND BOB TRAGNI AS       )
12  TRUSTEES OF THE NORTHERN          )   DECLARATION OF
    CALIFORNIA-NORTHERN NEVADA        )   SUE CAMPBELL IN
13  SOUND AND COMMUNICATIONS          )   SUPPORT OF DEFAULT
    DISTRICT NO. 9 HEALTH AND WELFARE )
14  TRUST FUND,                       )
                                      )
15                 Plaintiffs,        )
                                      )
16  vs.                               )   DATE:    July 25, 2008
                                      )   TIME:    9:00 a.m.
17  SPARTAN ENGINEERING, INC.,        )   PLACE:   Courtroom 4, 5th Floor
    a California Corporation,          )   JUDGE:   Ronald M. Whyte
18                                    )
                   Defendant.         )
19                                    )
                                      )
20  _____)

21      I, SUE CAMPBELL, do declare as follows:

22      1. I am the collection attorney for the Northern California-Northern Nevada Sound and

23  Communications Employee Benefit Trust Funds (hereinafter "Trust Funds"). Pursuant to the

24  terms of my agreement with the Trust Funds, I bill the trust funds $195.00 per hour for my legal

25  services.

26      2. I have reviewed my billing slips for the Trust Funds and verify that attorney's fees

27  for the above referenced lawsuit through default judgment are $6,454.50, including an

28  additional three hours for the filing of this request for default judgment.

1

DECLARATION OF SUE CAMPBELL IN SUPPORT OF DEFAULT

3. The amount of fees requested pursuant to the default judgment against Defendant SPARTAN ENGINEERING, INC., a California Corporation, are $6,454.50 and are reasonable fees. A copy of the bills to the Sound and Communication Trust Funds are attached hereto as Exhibit "A".

4. Defendant SPARTAN ENGINEERING, INC., a California Corporation, submitted the September 2007 through January 2008 monthly transmittals directly to my office (attached hereto as Exhibit B). The employee benefits due for the months of September 2007 through January 2008 is reflected on the transmittals as follows.

| Month | Contributions Due | Liquidated Damages |
|---|---|---|
| August 2007 - Shortages | $1,344.16 (paid 3/21/08) | $134.41 |
| September 2007 | $25,450.33 (paid 3/21/08) | $2,545.03 |
| September 2007 - Shortages | $993.27 (paid 3/21/08) | $99.32 |
| October 2007 | $23,558.85 (paid 3/21/08) | $2,355.89 |
| November 2007 | $22,418.40 (paid 3/21/08) | $2,241.84 |
| December 2007 | $20,311.82 (unpaid balance of $2,633.12 after credit for partial pymt on 5/14/08) | $2,031.18 |
| January 2008 | $18,488.45 Unpaid | $1,848.85 |
| **Total:** | **$112,565.28** | **$11,256.52** |

The December and January 2008 fringe benefit contributions remain unpaid in the amount of $21,121.57.

The total amount requested on the judgment reflects the information provided in writing by Defendant SPARTAN ENGINEERING.

5. Pursuant to the collective bargaining agreement, liquidated damages of 10% of the amount owed are due for August 2007 through January 2008 delinquent fringe benefits. The Trust documents require a payment of 10% liquidated damages. The Trust Funds have charged liquidated damages at 10%. A copy of the pertinent sections of the Trust documents are attached to the declaration of Sue Campbell.    Liquidated damages have been assessed in the

2

1    amount of $11,256.52. These are based on ten percent (10%) of the delinquent amount due.

2         6. In approximately January of 2002, the Trust Funds conducted a study to determine
3    the reasonableness of liquidated damages charged by the Trust Funds. The Trust Funds also
4    periodically review their collection procedures and costs to determine if the ten percent
5    liquidated damages being charged is reasonable. A true and correct copy of that study, as well
6    as a copy of the collection procedures, is attached to this declaration as Exhibit C.   Both of
7    these documents are incorporated by reference as evidence of the reasonableness of the
8    liquidated damages requested. The final collection document was prepared and presented by
9    my office and is a true and correct copy of that study.

10        7. Interest at eight-percent (8%) has been calculated on each transmittal.  Payments are
11   due on the 15th of each month following the month worked. Interest at 8% is set forth in the
12   trust document.   Interest of $3,310.80 is calculated as follows:

13        **a. August 2007 shortages** of $1,344.16 due September 15, 2007 and unpaid to date.
14   Interest at 8% per year is calculated for 304 days from September 15, 2007 through July 15,
15   2008.

16        $1,344.16 x 8% = $107.53  ÷ 365 days = $0.29 per day, and $0.29 per day x 304 days
17   = $88.16

18        **b. September 2007** contributions of $25,450.33 was due October 15, 2007, but not
19   paid until March 21, 2008.

20   Interest at 8% per year is calculated for 158 days from October 15, 2007, through March 21,
21   2008.

22        $25,450.33 x 8% = $2,036.03 per year; $2,036.03 ÷ 365 days = $5.58 per day; and $5.58
23   per day x 158 days = $881.64

24        **c. September 2007 shortages** of $993.27due October 15, 2007 and unpaid to date.
25   Interest at 8% per year is calculated for 274 days from October 15, 2007 through July 15, 2008.
26        $993.27 x 8% = $79.46 per year; $79.46 per year  ÷ 365 days = $0.22 per day, and $0.22
27   per day x 274 days = $60.28.

28        **d. October 2007** contributions of $23,558.85 was due November 15, 2007, but not paid

3

1  until March 21, 2008.

2  Interest at 8% per year is calculated for 127 days from November 15, 2007, through March 21,

3  2008.

4      $23,558.85 x 8% = $1,884.71 per year; $1,884.71 ÷ 365 days = $5.16 per day; and $5.16

5  per day x 127 days = $655.32

6      **e. November 2007** contributions of $22,418.40 was due December 15, 2007, but not

7  paid until March 21, 2008.

8  Interest at 8% per year is calculated for 97 days from December 15, 2007, through March 21,

9  2008.

10      $22,418.40 x 8% = $1,793.47 per year; $1,793.47 ÷ 365 days = $4.91 per day; and $4.91

11  per day x 97 days = $476.27

12      **f. December 2007** contributions of $20,311.82 was due January 15, 2008.  A partial

13  payment was received May 14, 2008, leaving an outstanding balance of $2,633.12.

14  Interest at 8% per year is calculated for 120 days from January 15, 2008, through May 14, 2008.

15      $20,311.82 x 8% = $1,624.95 per year; $1,624.95 ÷ 365 days = $4.45 per day; and $4.45

16  per day x 120 days = $534.00

17  Interest at 8% per year calculated on $2,633.12 for May 15, 2008 through July 15, 2008.

18      $2,633.12 (remaining December balance) x 8% = $210.65 per year, $210.65 per year ÷

19  365 days = $0.58 per day, and $0.58 per day x 61 days = $35.38

20      **g. January 2008** contributions of $18,488.45 was due February 15, 2008, and remain

21  unpaid.

22  Interest at 8% per year is calculated for 151 days from February 15, 2008, through July 15,

23  2008.

24      $18,488.45 x 8% = $1,479.08 per year; $1,479.08 ÷ 365 days = $4.05 per day; and $4.05

25  per day x 151 days = $611.55

26      The total amount of interest requested on the delinquent September 15, 2007 through

27  July 15, 2008 contributions is $3,342.60.

28      The total amount due in fringe benefits for the months of August 2007, September,

4

DECLARATION OF SUE CAMPBELL IN SUPPORT OF DEFAULT

1  December and January 2008 is $21,121.57.

2  · The total amount due in liquidated damages for the months of August 2007 through

3  January 2008 is $11,256.52.

4  The total amount of attorney's fees requested is $6,454.50

5  The total amount of costs requested is $390.00.

6  I declare under penalty of perjury that the foregoing is true and correct of my own

7  knowledge. Executed this 19th day of June 2008, at San Jose, California.

8

9                                    /s/  Sue Campbell
10                                    SUE CAMPBELL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SUE CAMPBELL IN SUPPORT OF DEFAULT

# Sue Campbell

Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA  95112

*Invoice submitted to:*
Sound and Communications Trust Funds
c/o United Administrative Services
P. O. Box 5057
San Jose CA 95150-5057


May 12, 2008


Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **SPARTAN ENGINEERING** | | | |
| 5/7/2008 | Telephone Conference/Spartan, Telephone Conference/Smith & Sons, Telephone Conference/Contractors License bond, Telephone Conference/Employee | 1.00 | |
| 4/15/2008 | Telephone Conference/Smith & Sons re Spartan, Telephone Conference/Spartan re status of payment | 1.00 | |
| 4/2/2008 | Telephone Conference/ Spartan, Telephone Conference/Sandy | 0.35 | |
| 3/20/2008 | Telephone Conference/Tara | 0.25 | |
| 3/4/2008 | Telephone Conference/Spartan re payment to trust | 0.25 | |
| 4/17/2008 | Review Correspondence/Spartan, Telephone Conference/Tara, Telephone Conference/Sandy | 0.50 | |
| 5/1/2008 | Review Clerk's Notice re CMC hearing and jurisdiction of magistrate | 0.10 | |
| 5/8/2008 | Review Clerk's Notice re cancellation of CMC hearing, Review Reassignment Order by court | 0.15 | |
| 5/7/2008 | Review file, Prepare Case Management Statement and Request for Reassignment, efile with court, email to judge, prepare chambers copy | 1.25 | |
| 5/6/2008 | Prepare lien information letters and lien declarations for 14 employees | 2.10 | |
| 5/5/2008 | Review file, prepare employee list, fax to Sandy requesting addresses | 0.25 | |
| 5/1/2008 | Review Clerk's Notice re court continuance of hearing | 0.10 | |
| 4/30/2008 | Review file, Correspondence/Spartan Engineering re past due payment on payment schedule | 0.25 | |
| | SUBTOTAL: | [  7.55 | 1,472.25] |
| | **For professional services rendered** | **7.55** | **$1,472.25** |
| | **Previous balance** | | **$1,676.00** |
| 4/17/2008 | Payment - Thank You. Check No. 000644 | | ($1,676.00) |
| | **Total payments and adjustments** | | **($1,676.00)** |

EXHIBIT "A"

## Sue Campbell

Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA  95112

---

*Invoice submitted to:*
Sound and Communications Trust Funds
c/o United Administrative Services
P. O. Box 5057
San Jose CA 95150-5057

April 07, 2008

Professional Services

|  | Hours | Amount |
|---|---|---|

### SPARTAN ENGINEERING

| | | Hours |
|---|---|---|
| 3/18/2008 | Telephone Conference/Sandy at UAS, fax Sept thru Dec transmittals | 0.25 |
| 3/11/2008 | Telephone Conference/Tara re Edward Scott payment, Telephone Conference/ Edward Scott Co. | 0.40 |
| 3/18/2008 | Telephone Conference/Mark, Telephone Conference/Sandy, Telephone Conference/Spartan, Prepare Report | 1.50 |
| 3/10/2008 | Telephone Conference/Tara at Spartan | 0.25 |
| 3/11/2008 | Telephone Conference/Tara with Spartan Engineering re amounts, Telephone Conference/Edward Scott | 0.75 |
| 3/2/2008 | Telephone Conference/Spartan re Smith & Sons payment | 0.25 |
| 3/5/2008 | Telephone Conference/Edward Scott Co., Telephone Conference/Spartan | 0.35 |
| 3/19/2008 | Prepare collection report re Spartan, fax to Lipton | 0.25 |
| | Review file, calculate answer due, efile original summons and proof of service with court | 0.25 |
| 2/26/2008 | Telephone Conference/Tara at Spartan (2), Review file | 0.50 |
| 3/26/2008 | Correspondence/Sandy at UAS with joint check and Sept. through Feb transmittals, Correspondence/Edward Scott Company with signed documents, Correspondence/Spartan Engineering re procedure for processing payments | 0.75 |
| 3/25/2008 | Review Correspondence/Spartan Engineering, Review Correspondence/Edward W. Scott Co., Review Release of Payment Bond, Unconditional Waiver, Release of Stop Notice, Conditional Waiver on Final Payment, and Letter Agreement, Review file | 0.50 |
| 3/21/2008 | Review fax Edward Scott Co. re joint check | 0.05 |
| 3/20/2008 | Review Correspondence/Edward Scott Company re joint check, conditional waivers, releases and payment bond, Fax signed documents to Edward Scott Company | 0.25 |
| 3/19/2008 | Review Correspondence/Edward Scott Company re amount of conditional release, Review fax correspondence from Spartan Engineering re request for joint check from Edward Scott Co. | 0.10 |
| 3/11/2008 | Review fax correspondence from Spartan Engineering re agreement and transmittals | 0.05 |
| 3/12/2008 | Review file, Prepare Conditional Release on Final Payment re Blossom Hill project, Correspondence/Edward Scott Company | 1.25 |

Sound and Communications Trust Funds                                    Page      2

|            |                                                                              | Hours | Amount    |
|------------|------------------------------------------------------------------------------|-------|-----------|
| 1/24/2008  | Review Correspondence/Spartan Engineering re documentation on Blossom Hill project | 0.35  |           |
| 2/27/2008  | Review file, Correspondence/Spartan with letter agreement for payment schedule | 0.35  |           |
|            | SUBTOTAL:                                                                    | [ 8.40 | 1,638.00] |
|            | **For professional services rendered**                                       | 8.40  | $1,638.00 |

Additional Charges :

COSTS

|            |                                                        |             |
|------------|--------------------------------------------------------|-------------|
| 2/21/2008  | County Legal re Service of Process on Spartan Engineering |    38.00    |
|            | SUBTOTAL:                                               | [   38.00]  |
|            | **Total costs**                                         |   $38.00    |
|            | **Total amount of this bill**                           |  $1,676.00  |
|            | **Previous balance**                                    |  $2,896.75  |
| 3/18/2008  | Payment - Thank You. Check No. 2896.75                  | ($2,896.75) |
|            | **Total payments and adjustments**                      | ($2,896.75) |
|            | Balance due                                             |  $1,676.00  |

## Sue Campbell
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA  95112

*Invoice submitted to:*
Sound and Communications Trust Funds
c/o United Administrative Services
P. O. Box 5057
San Jose CA 95150-5057

February 25, 2008

Professional Services

|  | | Hours | Amount |
|---|---|---|---|
| **ANDERSON AUDIO VISUAL** | | | |
| 2/14/2008 | Fax signed Mutual Release to Mark Lipton | 0.05 | |
| | SUBTOTAL: | [ 0.05 | 9.75] |
| **EAGLE ENVIRONMENTAL CONSTRUCTION** | | | |
| 1/30/2008 | Telephone Conference/Allison at UAS re wages of David Hill, Fax Correspondence/Allison re confirmation to pay wages | 0.35 | |
| 1/29/2008 | Telephone Conference/Jo-Ann re Sound, Telephone Conference/Employee of Eagle | 0.50 | |
| | SUBTOTAL: | [ 0.85 | 165.75] |
| **MISCELLANEOUS** | | | |
| 1/29/2008 | Telephone Conference/Dwight Hill, Telephone Conference/Masi, Review file | 0.75 | |
| | SUBTOTAL: | [ 0.75 | 146.25] |
| **SPARTAN ENGINEERING** | | | |
| 2/4/2008 | Telephone Conference/Edward S. Scott Co. re stop notice | 0.25 | |
| 2/7/2008 | Telephone Conference/Spartan, Telephone Conference/SJ Amoroso | 0.50 | |
| 2/6/2008 | Telephone Conference/Smith & Sons, Telephone Conference/Spartan | 0.50 | |
| | Telephone Conference/Terra at Spartan Engineering re lien | 0.25 | |
| | Telephone Conference/Spartan, Telephone Conference/Smith & Sons | 0.25 | |
| 1/24/2008 | Telephone Conference/Carol at Smith & Sons, Telephone Conference/Union | 0.35 | |
| | Review Correspondence/Spartan, Telephone Conference/Dave at Spartan, Telephone Conference/Lipton | 1.00 | |
| 2/12/2008 | Telephone Conference/Spartan, Telephone Conference/Edward Scott Co. | 0.50 | |

Sound and Communications Trust Funds                                                     Page      2

| | | Hours | Amount |
|---|---|---|---|

| | | Hours | Amount |
|---|---|---|---|
| 1/15/2008 | Review file, Telephone Conference/IBEW Local 332, Telephone Conference/UAS, Delinquent Correspondence/Spartan Engineering, Certified Correspondence/Bond Company re bond claim | 1.00 | |
| 2/14/2008 | Correspondence/Spartan Engineering, Correspondence/Edward S. Scott Electric, Correspondence/Bond Company putting claim in abeyance | 0.75 | |
| | Review Correspondence/Spartan Engineering, Correspondence/UAS with payment from Smith & Sons | 0.30 | |
| 2/7/2008 | Review Correspondence and documentation from Spartan Engineering re statement from Edward W. Scott Electric and transmittals | 0.10 | |
| 2/6/2008 | Review Correspondence/Developers Surety re bond claim | 0.05 | |
| 2/5/2008 | Review file, calendar hearing dates, email PDF copy of complaint to court, Prepare Service of Process instructions re complaint | 0.35 | |
| 1/22/2008 | Review file, research project for stop notice, Prepare Public Works Stop Notice, Correspondence/Superintent requesting Notice of Completion | 1.75 | |
| 1/16/2008 | Prepare Summons and Complaint | 3.50 | |

SUBTOTAL:                                                                [      11.40    2,223.00]

For professional services rendered                                             13.05    $2,544.75

Additional Charges :

COSTS

| | | | |
|---|---|---|---|
| 1/22/2008 | Filing Fee - Spartan Engineering | | 350.00 |
| | Request for Notice of Completion - Spartan Engineering/Blossom Hill Elementary project | | 2.00 |

SUBTOTAL:                                                                      [     352.00]

Total costs                                                                           $352.00

Total amount of this bill                                                             $2,896.75

Previous balance                                                                       $341.25

1/31/2008 Payment - Thank You                                                        ($341.25)

Total payments and adjustments                                                       ($341.25)

Balance due                                                                          $2,896.75

## Sue Campbell
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

Invoice submitted to:
Sound and Communications Trust Funds
c/o United Administrative Services
P. O. Box 5057
San Jose CA 95150-5057

January 17, 2008

Professional Services

| | Hours | Amount |
|---|---|---|
| SPARTAN ENGINEERING | | |
| 12/20/2007 Telephone Conference/Allison at UAS re status of delinquency | 0.25 | |
| SUBTOTAL: | 0.25 | 48.75 |
| **For professional services rendered** | **0.25** | **$48.75** |
| **Previous balance** | | **$1,189.50** |
| 12/31/2007 Payment - Thank You. Check No. 000523 | | ($897.00) |
| **Total payments and adjustments** | | **($897.00)** |
| Balance due | | $341.25 |

**Sue Campbell**
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA  95112

*Invoice submitted to:*
Sound and Communications Trust Funds
c/o United Administrative Services
P. O. Box 5057
San Jose CA 95150-5057

November 26, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **ANDERSON AUDIO VISUAL** | | | |
| 10/11/2007 | Correspondence/Melanie at UAS with October payment on payment schedule | 0.25 | |
| | SUBTOTAL: | [ 0.25 | 48.75] |
| **EAGLE ENVIRONMENTAL CONSTRUCTION** | | | |
| 10/12/2007 | Prepare Abstract of Judgment | 0.50 | |
| 9/28/2007 | Attend Default Judgment Hearing, Review file | 1.00 | |
| 10/24/2007 | Telephone Conference/Auditor re Eagle, Telephone Conference/Lipton | 0.25 | |
| 10/31/2007 | Correspondence/James Capers at Miller & Kaplan re audit | 0.25 | |
| | SUBTOTAL: | [ 2.00 | 390.00] |
| **MISCELLANEOUS** | | | |
| 10/24/2007 | Telephone Conference/Melanie re Anderson | 0.25 | |
| 10/17/2007 | Telephone Conference/Lipton re Crown Electric | 0.25 | |
| 10/25/2007 | Review files, Telephone Conference/Lipton, Prepare collection report | 0.75 | |
| | Telephone Conference/Lipton re Anderson | 0.10 | |
| 10/24/2007 | Telephone Conference/Emma, District 9 Pension | 0.25 | |
| 11/6/2007 | Telephone Conference/Allison re Gentiek | 0.25 | |
| | SUBTOTAL: | [ 1.85 | 360.75] |
| **SPARTAN ENGINEERING** | | | |
| 11/2/2007 | Telephone Conference/Smith & Sons | 0.25 | |
| 10/11/2007 | Correspondence/Melanie with payment from Smith & Sons | 0.25 | |
| | SUBTOTAL: | [ 0.50 | 97.50] |

**Sue Campbell**
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

*Invoice submitted to:*
Sound and Communications Trust Funds
c/o United Administrative Services
P. O. Box 5057
San Jose CA 95150-5057

**NOTE: This bill covers a two month period.**

October 04, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **ANDERSON AUDIO VISUAL** | | | |
| 8/7/2007 | Correspondence/Melanie at UAS with August payment | 0.25 | |
| 9/19/2007 | Correspondence/Melanie at UAS with sixth payment on judgment | 0.25 | |
| | SUBTOTAL: | [ 0.50 | 97.50] |
| **EAGLE ENVIRONMENTAL CONSTRUCTION** | | | |
| 8/15/2007 | Prepare Notice and Application for Default Judgment, points and authorities, Declaration of Bob Tragni, Declaration of Melanie Houston, Declaration of Sue Campbell, and proposed Order | 3.50 | |
| 8/23/2007 | Review Correspondence/auditor, Correspondence/James L. Capers re audit | 0.30 | |
| 9/28/2007 | Court Appearance re default judgment hearing | 0.75 | |
| | SUBTOTAL: | [ 4.55 | 887.25] |
| **MISCELLANEOUS** | | | |
| 8/1/2007 | Telephone Conference/Mark re Data Com | 0.10 | |
| | SUBTOTAL: | [ 0.10 | 19.50] |
| **NETCOMM** | | | |
| 8/21/2007 | Correspondence/Old Republic bond company re withdrawal of claim | 0.25 | |
| | SUBTOTAL: | [ 0.25 | 48.75] |
| **SPARTAN ENGINEERING** | | | |
| 9/7/2007 | Correspondence/Smith & Sons re Spartan Engineering | 0.25 | |

Sound and Communications Trust Funds

|  | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [ 0.25 | 48.75] |
| For professional services rendered | 5.65 | $1,101.75 |
| Previous balance | | $2,538.00 |
| 8/15/2007 Payment - Thank You | | ($2,538.00) |
| Total payments and adjustments | | ($2,538.00) |
| Balance due | | $1,101.75 |

**Sue Campbell**
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

Invoice submitted to:
Sound and Communications Trust Funds
c/o United Administrative Services
P. O. Box 5057
San Jose CA 95150-5057

August 06, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **ANDERSON AUDIO VISUAL** | | | |
| 7/2/2007 Correspondence/Melanie at UAS with payment on stipulation | | 0.25 | |
| 7/11/2007 Telephone Conference/Sandy | | 0.25 | |
| SUBTOTAL: | [ | 0.50 | 97.50] |
| **DIAMOND ELECTRIC** | | | |
| 6/11/2007 Telephone Conference/Diamond Security Solution re lawsuit settlement | | 0.50 | |
| 7/9/2007 Telephone Conference/Melanie re Diamond Communication payment | | 0.25 | |
| 6/15/2007 Telephone Conference/Diamond Communications | | 0.25 | |
| 6/13/2007 Telephone Conference/Dianne at Diamond, Review file, prepare settlement | | 0.75 | |
| SUBTOTAL: | [ | 1.75 | 341.25] |
| **DIAMOND SECURITY** | | | |
| 7/11/2007 Telephone Conference/Melanie at UAS re payment on judgment | | 0.25 | |
| SUBTOTAL: | [ | 0.25 | 48.75] |
| **EAGLE ENVIRONMENTAL CONSTRUCTION** | | | |
| 7/2/2007 email attorney for Eagle, scan documents | | 0.35 | |
| 6/30/2007 Telephone Conference/Eagle's attorney re settlement | | 0.25 | |
| 7/8/2007 Telephone Conference/Smith re conditional release, Review file | | 0.25 | |
| 6/4/2007 Telephone Conference/Jeff Murphy re payment, fax conditional release info | | 0.50 | |
| 6/26/2007 Telephone Conference/Darya re Eagle payments | | 0.25 | |
| 6/18/2007 Correspondence/C. Overaa with new conditional release | | 0.25 | |
| 6/25/2007 Telephone Conference/Jeff Murphy, fax conditional release | | 0.50 | |
| 7/11/2007 Telephone Conference/Lipton, Telephone Conference/Auditor | | 0.40 | |
| 7/2/2007 Correspondence/Melanie at UAS with payment on the Hayward State Dormitory project | | 0.25 | |

Sound and Communications Trust Funds                                              Page    2

|            |                                                                                      | Hours | Amount |
|------------|--------------------------------------------------------------------------------------|-------|--------|
| 7/2/2007   | Prepare Unconditional  Waiver and Release, Correspondence/Kevin Smith and C. Overaa & Co. | 1.00  |        |
| 6/25/2007  | Correspondence/Jeff Murphy at Bowen with original conditional release                 | 0.35  |        |
|            | SUBTOTAL:                                                                             | [ 4.35 | 848.25] |

MISCELLANEOUS

|            |                                                                                      | Hours | Amount |
|------------|--------------------------------------------------------------------------------------|-------|--------|
| 6/20/2007  | Telephone Conference/UAS, Telephone Conference/Lipton, Prepare report, Review file    | 1.25  |        |
| 6/4/2007   | email Lipton re status                                                                | 0.25  |        |
| 7/17/2007  | Telephone Conference/Sandy                                                             | 0.25  |        |
|            | SUBTOTAL:                                                                             | [ 1.75 | 341.25] |

NETCOMM

|            |                                                                                      | Hours | Amount |
|------------|--------------------------------------------------------------------------------------|-------|--------|
| 6/12/2007  | Telephone Conference/Netcomm re payment of liquidated damages, Telephone Conference/UAS, Review Correspondence/UAS, Correspondence/UAS re payment | 0.75 | |
| 6/5/2007   | Review Correspondence/Old Republic re bond claim                                      | 0.05  |        |
| 7/16/2007  | Review Correspondence/Old Republic Surety                                             | 0.05  |        |
|            | SUBTOTAL:                                                                             | [ 0.85 | 165.75] |

SPARTAN ENGINEERING

|            |                                                                                      | Hours | Amount |
|------------|--------------------------------------------------------------------------------------|-------|--------|
| 7/13/2007  | Telephone Conference/Spartan                                                          | 0.25  |        |
| 7/23/2007  | Telephone Conference/Spartan Engineering, Telephone Conference/General Contractor, Smith Construction, Review lien release | 1.00 | |
| 8/1/2007   | Review Correspondence/re check from Smith & Sons, Correspondence/UAS with check        | 0.50  |        |
|            | SUBTOTAL:                                                                             | [ 1.75 | 341.25] |
|            | **For professional services rendered**                                               | **11.20** | **$2,184.00** |

Additional Charges :

EAGLE ENVIRONMENTAL CONSTRUCTION

|            |                                                                                      |       | Amount |
|------------|--------------------------------------------------------------------------------------|-------|--------|
| 2/7/2007   | Additional attempts and stake out for service of process of complaint                |       | 354.00 |
|            | SUBTOTAL:                                                                             | [     | 354.00] |
|            | **Total costs**                                                                      |       | **$354.00** |
|            | **Total amount of this bill**                                                        |       | **$2,538.00** |
|            | **Previous balance**                                                                 |       | **$3,688.25** |

## MONTHLY FRINGE BENEFIT TRANSMITTAL
### IBEW/NECA SOUND & COMMUNICATION TRUST

3002

EMPLOYER: Spartan

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED    595

EMPLOYER'S FEDERAL REGISTRATION NO.

TOTAL NO. EMPLOYED THIS PERIOD

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF    8107

Supplemental

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| XX-55-4555 | Garcia, | Juan | 1I | | | 113 | 309.30 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**SEE REVERSE FOR INSTRUCTIONS**

| TOTALS → | 113 | 309.30 |
|---|---|---|

**MAKE CHECK PAYABLE TO:**

PAYABLE TO: IBEW/NECA SOUND & COMMUNICATIONS

MAIL TO: P.O. BOX 23390
FILE NUMBER: 4739
OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext.4452

CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEE SUBJECT TO
EMPLOYER CONTRIBUTIONS.

X _____
PREPARER'S SIGNATURE

TITLE _____  DATE _____

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.

$ _____

**BENEFITS**

| | | | TOTALS |
|---|---|---|---|
| 1. PENSION (TOTAL COL. 8) | | $3.70 | 418.10 |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | | $6.15 | 694.95 |
| 4. JATC - TOTAL HOURS (COL. 6)   TIMES | | $.80 | 90.40 |
| 5. LMCC - TOTAL HOURS (COL. 6)   TIMES (Local & National Plus C.F.) | | $.31 | 35.03 |
| 6. NEBF - TOTAL GROSS EARN.   TIMES | | 3.00% | 90.58 |
| 7. AMF - TOTAL GROSS EARN.   TIMES | | .50% | 15.10 |
| 8. NECA - TOTAL GROSS EARN.   TIMES | | .50% | |

| GRAND TOTAL → | 1344.16 |
|---|---|

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO. _____

DATE _____

ADMINISTRATOR

*EXHIBIT "B"*

# MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

3002



EMPLOYER:

Spartan

IBEW LOCAL UNION NO, WHERE SHOP IS LOCATED          595

EMPLOYER'S FEDERAL REGISTRATION NO.

TOTAL NO. EMPLOYED THIS PERIOD

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF   Sept 07
Suppl.

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE LAST | FIRST | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| 564·55·9585 | Garcia | Juan | 1D | | | 83.5 | 2231.12 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | TOTALS → | 83.5 | 2231.12 | | |

## SEE REVERSE FOR INSTRUCTIONS

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:   IBEW/NECA SOUND &
COMMUNICATIONS

MAIL TO:   P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.

X
PREPARER'S SIGNATURE

TITLE          DATE

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.

$

### BENEFITS

| | | | TOTALS |
|---|---|---|---|
| 1. | PENSION (TOTAL COL. 8) | $3.70 | 308.95 |
| 2. | PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. | WELFARE - TOTAL HRS (COL. 6) TIMES | $6.15 | 513.53 |
| 4. | JATC - TOTAL HOURS (COL. 6) TIMES | $.80 | 66.80 |
| 5. | LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | $.31 | 25.89 |
| 6. | NEBF - TOTAL GROSS EARN. TIMES | 3.00% | 66.94 |
| 7. | AMF - TOTAL GROSS EARN. TIMES | .50% | 11.16 |
| 8. | NECA - TOTAL GROSS EARN. TIMES | .50% | — |
| | GRAND TOTAL → | | 993.27 |

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT

CHECK NO.

ADMINISTRATOR          DATE

MAIL ON OR BEFORE THE 10TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
### IBEW/NECA SOUND & COMMUNICATION TRUST

A36420 SCUV

3000 3

EMPLOYER:

SPARTAN ENGINEERING, INC.
540 PARROT STREET
SAN JOSE          CA 95112-0000

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED   | 0332 |

EMPLOYER'S FEDERAL REGISTRATION NO.   94-2579440

TOTAL NO. EMPLOYED THIS PERIOD

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF SEPTEMBER 2007

CLASSIFICATION **ENTERED** IN COLUMN NO. 3

1I INSTALLER     2T TECHNICIAN     3S SENIOR TECHNICIAN   4A APPR

E1 SALARIED (NON-BARGAINING)         E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 54-55-5011 | CORNAGGIA, STEVEN J | | 4A | | | | | | |
| 66-41-8729 | DUMONT, RICKEY R | | 3S | | | | | | |
| 50-65-9992 | PANTOJA, ADAM S | | 1I | | | | | | |
| 72-33-4224 | PIVACEK, MIKE W | | 1I | | | | | | |
| 58-87-5386 | RIOS, ROBERT A | | 1I | | | | | | |
| 62-48-2082 | ROSENGREEN, JAMES P | | 3S | | | | | | |
| 65-67-4468 | VERONDA, TIM S | | 3S | | | | | | |
| 04-03-9289 | VILLALOBOS, ROGELIO | | 4A | | | | | | |

*See Attached*

## SEE REVERSE FOR INSTRUCTIONS

**TOTALS →**

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:   IBEW/NECA SOUND &
              COMMUNICATIONS

MAIL TO:   P.O. BOX 23390
           FILE NUMBER: 4733
           OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.

*Marcie Cook*

PREPARER'S SIGNATURE

*Bookkeeper*          *10/23/07*

TITLE                 DATE

| BENEFITS | | TOTALS |
|---|---|---|
| 1. PENSION (TOTAL COL. 8) | | $3.70   4543.6 |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | $6.15 | 7552.5 |
| 4. JATC - TOTAL HOURS (COL. 6) TIMES | $.80 | 982.40 |
| 5. LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | $.31 | 380.99 |
| 6. NEBF - TOTAL GROSS EARN. TIMES | 3.00% | 1263.47 |
| 7. AMF - TOTAL GROSS EARN. TIMES | .50% | 210.59 |
| 8. NECA - TOTAL GROSS EARN. TIMES | .50% | |

GRAND TOTAL →   14932.95

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.

$

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO.

ADMINISTRATOR                                            DATE

SPARTAN ENGINEERING, INC.

September 2007
Page   1

** LOC. 332 SOUND & COMMUNICATION (32) - MONTHLY

| SOC-SEC #   NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|
| 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 Cornaggia, Steven J | 128.00 | 154.00 | 4468.92 | 947.12 | 569.80 | 123.20 | 47.76 | 134.04 | 22.35 |
| 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 Pantoja, Adam S. | 131.00 | 153.50 | 5026.91 | 944.05 | 567.95 | 122.80 | 47.61 | 150.83 | 25.16 |
| 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 Pivacek, Mike W | 136.00 | 136.50 | 3653.96 | 839.48 | 505.05 | 109.20 | 42.32 | 109.57 | 18.29 |
| 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 Rios, Robert A. | 146.00 | 177.00 | 5183.68 | 1088.60 | 654.90 | 141.60 | 54.92 | 155.48 | 25.93 |
| 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 Rosengreen, James P. | 113.50 | 120.50 | 4129.20 | 741.11 | 445.85 | 96.40 | 37.39 | 123.84 | 20.65 |
| 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 Veronda, Timothy | 193.50 | 323.00 | 15018.48 | 1986.62 | 1195.10 | 258.40 | 100.30 | 450.67 | 75.08 |
| 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 Villalobos, Rogelio | 144.00 | 163.50 | 4635.92 | 1005.53 | 604.95 | 130.80 | 50.69 | 139.04 | 23.18 |
|  | 992.00 | 1228.00 | 42117.07 | 7552.51 | 4543.60 | 982.40 | 380.99 | 1263.47 | 210.64 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| HEALTH & WELFARE | 1228.00 | | 7552.20 |
| PENSION | 1228.00 | | 4543.60 |
| JATC | 1228.00 | | 982.40 |
| LMCC | 1228.00 | | 380.68 |
| NEBF | 0.00 | | 1263.51 |
| AMF | 0.00 | | 210.59 |
| NECA | 1228.00 | | 0.00 |

TOTAL AMOUNT DUE:      14932.98

* From employee list totals

MAIL ON OR BEFORE THE 10TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

A36421 SCUV

3002 9

**EMPLOYER:**

SPARTAN ENGINEERING, INC.
540 PARROTT ST.
SAN JOSE       CA 95112-0000

408)993-0560

**ENTERED**

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED | 0595

EMPLOYER'S FEDERAL REGISTRATION NO.   94-2579440

TOTAL NO. EMPLOYED THIS PERIOD

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF SEPTEMBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER     2T TECHNICIAN     3S SENIOR TECHNICIAN   4A APPR

E1 SALARIED (NON-BARGAINING)     E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 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 | CONOLLY, | MARK W | 1I | | | | | | |
| 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 | KASSON, | PAUL | 3S | | | | | | |
| 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 | LEFTER, | PAUL | 1I | | | | | | |
| 29-84-6465 | SALEHI, | ALLAN | 2T | | | | | | |
| 4-55-9585 | Garcia, | Juan | 1I | | | | | | |
| 2-77-0350 | Ramos, | Greg | 1I | | | | | | |

See Attached

## SEE REVERSE FOR INSTRUCTIONS

**TOTALS →**

**BENEFITS**

| | | | TOTALS |
|---|---|---|---|
| 1. | PENSION (TOTAL COL. 8) | $3.70 | 2599.25 |
| 2. | PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. | WELFARE - TOTAL HRS (COL. 6) TIMES | $6.15 | 4320.38 |
| 4. | JATC - TOTAL HOURS (COL. 6)   TIMES | $.80 | 562.00 |
| 5. | LMCC - TOTAL HOURS (COL. 6)   TIMES (Local & National Plus C.F.) | $.31 | 217.78 |
| 6. | NEBF - TOTAL GROSS EARN.   TIMES | 3.00% | 705.23 |
| 7. | AMF - TOTAL GROSS EARN.   TIMES | .50% | 117.54 |
| 8. | NECA - TOTAL GROSS EARN.   TIMES | .50% | |

GRAND TOTAL →   8522.18

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:  IBEW/NECA SOUND &
             COMMUNICATIONS

MAIL TO:     P.O. BOX 23390
             FILE NUMBER: 4733
             OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.

Marcie Cul
PREPARER'S SIGNATURE

Bookkeeper          10/23/07
TITLE                DATE

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.
$

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO.

DATE

SPARTAN ENGINEERING, INC.

** 59   _EW/SOUND & COMMUNCATION (59) - MONTHLY

| SOG SEC #   NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|
| 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 Conolly, Mark | 126.00 | 126.00 | 3366.72 | 774.90 | 466.20 | 100.80 | 39.06 | 100.97 | 16.84 |
| 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 Garcia, Juan C. | 70.00 | 71.00 | 1910.48 | 436.66 | 262.70 | 56.80 | 22.02 | 57.30 | 9.54 |
| 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 Kasson, Paul E. | 140.00 | 165.00 | 6165.47 | 1014.78 | 610.50 | 132.00 | 51.18 | 184.90 | 30.83 |
| 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 Lefter, Paul T | 107.50 | 107.50 | 3256.04 | 661.13 | 397.75 | 86.00 | 33.33 | 97.67 | 16.28 |
| 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 Ramos, Greg R. | 15.00 | 15.00 | 400.80 | 92.25 | 55.50 | 12.00 | 4.65 | 12.02 | 2.01 |
| 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 Salehi, Allan | 151.50 | 218.00 | 8408.32 | 1340.80 | 806.60 | 174.40 | 67.68 | 252.31 | 42.16 |
| | 610.00 | 702.50 | 23507.83 | 4320.52 | 2599.25 | 562.00 | 217.92 | 705.17 | 117.66 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 702.50 | | 4320.38 |
| Pension | 702.50 | | 2599.25 |
| Jatc | 702.50 | | 562.00 |
| LMCC | 702.50 | | 217.78 |
| NEBF | 0.00 | | 705.23 |
| AMF | 0.00 | | 117.54 |

TOTAL AMOUNT DUE:     8522.18

* From employee list totals

MAIL ON OR BEFORE THE 10TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

A36422 SCUV

3003 1

| EMPLOYER: | | |
|---|---|---|
| SPARTAN ENGINEERING, INC. | IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED | 0617 |
| 540 PARROTT ST. | | |
| SAN JOSE        CA 95112-0000 | EMPLOYER'S FEDERAL REGISTRATION NO. | 94-2579440 |
| | TOTAL NO. EMPLOYED THIS PERIOD | |

(408)993-0560    **ENTERED**   THIS TRANSMITTAL COVERS ALL PAYROLL WEEKS ENDING IN THE CALENDAR MONTH OF SEPTEMBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER    2T TECHNICIAN    3S SENIOR TECHNICIAN    4A APPR

E1 SALARIED (NON-BARGAINING)    E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 55-85-5560 | BUZZARD, | STEVE R | 1I | | *See* | *Attached* | | | |

## SEE REVERSE FOR INSTRUCTIONS

TOTALS ➔

| BENEFITS | | TOTALS |
|---|---|---|
| 1. PENSION (TOTAL COL. 8) | $3.70 | 608.65 |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | $6.15 | 1011.68 |
| 4. JATC - TOTAL HOURS (COL. 6) TIMES | $.80 | 131.60 |
| 5. LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | $.31 | 51.00 |
| 6. NEBF - TOTAL GROSS EARN. TIMES | 3.00% | 164.96 |
| 7. AMF - TOTAL GROSS EARN. TIMES | .50% | 27.48 |
| 8. NECA - TOTAL GROSS EARN. TIMES | .50% | |
| | GRAND TOTAL ➔ | 1995.17 |

▼ MAKE CHECK PAYABLE TO: ▼

PAYABLE TO:   IBEW/NECA SOUND & COMMUNICATIONS

MAIL TO:   P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

If you have any questions please call Melanie at UAS (408) 288-4400 ext. 4452

I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO EMPLOYER CONTRIBUTIONS.


PREPARER'S SIGNATURE

Bookkeeper    10/23/07
TITLE          DATE

FOR USE WHEN LIQUIDATED DAMAGES ARE PAYABLE TO TRUST FUND FOR DELIN-QUENT TRANSMITTAL.

$

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST AGREEMENT.

ADMINISTRATOR

CHECK NO.

DATE

SPARTAN ENGINEERING, INC.

September 2007
Page   1

** 61\ JEW/SOUND & COMMUNICATION (61) - MONTHLY

| SOC SEC # | NAME | | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | Buzzard, Steve R. | | 133.00 | 164.50 | 5490.82 | 1011.75 | 608.65 | 131.60 | 51.07 | 164.76 | 27.48 |
| | | | 133.00 | 164.50 | 5490.82 | 1011.75 | 608.65 | 131.60 | 51.07 | 164.76 | 27.48 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 164.50 | | 1011.68 |
| Pension | 164.50 | | 608.65 |
| JATC | 164.50 | | 131.60 |
| LMCC | 164.50 | | 51.00 |
| NEBF | 0.00 | | 164.76 |
| AMF | 0.00 | | 27.48 |

TOTAL AMOUNT DUE:      1995.17

* From employee list totals

MAIL ON OR BEFORE THE 10TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

A36857 SCUV

3000 3

EMPLOYER:

SPARTAN ENGINEERING, INC.
540 PARROT STREET
SAN JOSE      CA 95112-0000

408)993-0560

**ENTERED**

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED | 0332

EMPLOYER'S FEDERAL REGISTRATION NO.    94-2579440

TOTAL NO. EMPLOYED THIS PERIOD _____

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF OCTOBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER    2T TECHNICIAN    3S SENIOR TECHNICIAN    4A APPR

E1 SALARIED (NON-BARGAINING)        E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE LAST, FIRST | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 54-55-5011 | CORNAGGIA, STEVEN J | 4A | | | | | | |
| 66-41-8727 | DUMONT, RICKEY R | 3S | | | | | | |
| 50-65-9992 | PANTOJA, ADAM S | 1I | | | | | | |
| 72-33-4224 | PIVACEK, MIKE W | 1I | | | | | | |
| 58-87-5386 | RIOS, ROBERT A | 1I | | | | | | |
| 62-48-2082 | ROSENGREEN, JAMES P | 3S | | | | | | |
| 65-67-4468 | VERONDA, TIM S | 3S | | | | | | |
| 04-03-9289 | VILLALOBOS, ROGELIO | 4A | | | | | | |

*See Attached*

## SEE REVERSE FOR INSTRUCTIONS

**TOTALS ➤**

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:   IBEW/NECA SOUND &
              COMMUNICATIONS

MAIL TO:   P.O. BOX 23390
           FILE NUMBER: 4733
           OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO EMPLOYER CONTRIBUTIONS.

*Marcie Cik*
PREPARER'S SIGNATURE

*Bookkeeper*        11/13/07
TITLE                DATE

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.

$ _____

### BENEFITS                                    TOTALS

1. PENSION (TOTAL COL. 8)              $3.70   4288.30

2. PREMIUMS NON-BARG (TOTAL COL. 9)

3. WELFARE - TOTAL HRS (COL. 6) TIMES  $6.15   7127.85

4. JATC - TOTAL HOURS (COL. 6) TIMES   $.80    927.20

5. LMCC - TOTAL HOURS (COL. 6) TIMES   $.31    359.29
   (Local & National Plus C.F.)

6. NEBF - TOTAL GROSS EARN. TIMES      3.00%   1097.49

7. AMF - TOTAL GROSS EARN. TIMES       .50%    182.91

8. NECA - TOTAL GROSS EARN. TIMES      .50%

   **GRAND TOTAL ➤**    13983.04

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO. _____

ADMINISTRATOR _____   DATE _____

SPARTAN ENGINEERING, INC.

October 2007
Page  1

** LO   ,32 SOUND & COMMUNICATION (32) - MONTHLY

| SOC SEC # | NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | Cornaggia, Steven J | 156.00 | 178.00 | 5050.08 | 1094.72 | 658.60 | 142.40 | 55.20 | 151.45 | 25.26 |
| 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 | Pantoja, Adam S. | 142.00 | 149.50 | 4661.88 | 919.45 | 553.15 | 119.60 | 46.37 | 139.85 | 23.32 |
| 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 | Pivacek, Mike W | 160.00 | 161.00 | 4315.28 | 990.15 | 595.70 | 128.80 | 49.91 | 129.41 | 21.59 |
| 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 | Rios, Robert A. | 156.00 | 177.00 | 5010.00 | 1088.59 | 654.90 | 141.60 | 54.91 | 150.27 | 25.06 |
| 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 | Rosengreen, James P. | 113.50 | 123.50 | 4312.35 | 759.58 | 456.95 | 98.80 | 38.34 | 129.35 | 21.56 |
| 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 | Veronda, Timothy | 152.00 | 201.00 | 8544.01 | 1236.24 | 743.70 | 160.80 | 62.40 | 256.37 | 42.71 |
| 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 | Villalobos, Rogelio | 156.00 | 169.00 | 4689.36 | 1039.36 | 625.30 | 135.20 | 52.40 | 140.64 | 23.45 |

· 1035.50 1159.00 36582.96 7128.09 4288.30  927.20  359.53 1097.34  182.95

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| HEALTH & WELFARE | 1159.00 | | 7127.85 |
| PENSION | 1159.00 | | 4288.30 |
| JATC | 1159.00 | | 927.20 |
| LMCC | 1159.00 | | 359.29 |
| NEBF | 0.00 | | 1097.49 |
| AMF | 0.00 | | 182.91 |
| NECA | 1159.00 | | 0.00 |

TOTAL AMOUNT DUE:      13983.04

* From employee list totals

MAIL ON OR BEFORE THE 10TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
### IBEW/NECA SOUND & COMMUNICATION TRUST

A36858 SCUV                                                                3002 9

EMPLOYER:

SPARTAN ENGINEERING, INC.
540 PARROTT ST.
SAN JOSE          CA 95**ENTERED**

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED          | 0595 |

EMPLOYER'S FEDERAL REGISTRATION NO.          94-2579440

TOTAL NO. EMPLOYED THIS PERIOD          _____

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF OCTOBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER     2T TECHNICIAN     3S SENIOR TECHNICIAN     4A APPR

E1 SALARIED (NON-BARGAINING)          E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 78-46-4823 | CONOLLY, | MARK W | 1I | | | | | | |
| 48-41-1090 | KASSON, | PAUL | 3S | | | | | | |
| 73-90-5854 | LEFTER, | PAUL | 1I | | | | | | |
| 29-84-6465 | SALEHI, | ALLAN | 2T | | | | | | |

*See attached*

## SEE REVERSE FOR INSTRUCTIONS          TOTALS ➤

### MAKE CHECK PAYABLE TO:

PAYABLE TO:   IBEW/NECA SOUND &
              COMMUNICATIONS

MAIL TO:      P.O. BOX 23390
              FILE NUMBER: 4733
              OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL, ACCURATE
ATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
IMPLOYER CONTRIBUTIONS.

| BENEFITS | | | TOTALS |
|---|---|---|---|
| 1. PENSION (TOTAL COL. 8) | | $3.70 | 2308.80 |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | | $6.15 | 3837.60 |
| 4. JATC - TOTAL HOURS (COL. 6) TIMES | | $.80 | 499.20 |
| 5. LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | | $.31 | 193.44 |
| 6. NEBF - TOTAL GROSS EARN. TIMES | | 3.00% | 638.59 |
| 7. AMF - TOTAL GROSS EARN. TIMES | | .50% | 106.43 |
| 8. NECA - TOTAL GROSS EARN. TIMES | | .50% | |
| | | GRAND TOTAL ➤ | 7584.06 |

FOR USE WHEN LIQUIDATED DAMAGES ARE PAYABLE TO TRUST FUND FOR DELINQUENT TRANSMITTAL

PREPARER'S SIGNATURE

BOOK KEEPER          11/13/07

TITLE          DATE

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST AGREEMENT.

CHECK NO.

ADMINISTRATOR          DATE

SPARTAN ENGINEERING, INC.

** 59   JEW/SOUND & COMMUNCATION (59) - MONTHLY

October 2007
Page   1

| SOC SEC # | NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|-----------|------|---------|---------|-------|-----------|------|------|------|------|------|
| 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 | Conolly, Mark | 114.00 | 114.00 | 3046.08 | 701.10 | 421.80 | 91.20 | 35.34 | 91.35 | 15.25 |
| 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 | Kasson, Paul E. | 150.50 | 190.50 | 7301.44 | 1171.62 | 704.85 | 152.40 | 59.10 | 219.01 | 36.53 |
| 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 | Lefter, Paul T | 130.00 | 130.00 | 3937.58 | 799.50 | 481.00 | 104.00 | 40.30 | 118.12 | 19.68 |
| 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 | Salehi, Allan | 158.00 | 189.50 | 7001.36 | 1165.56 | 701.15 | 151.60 | 58.88 | 210.20 | 35.04 |
|  |  | 552.50 | 624.00 | 21286.46 | 3837.78 | 2308.80 | 499.20 | 193.62 | 638.68 | 106.50 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 624.00 | | 3837.60 |
| Pension | 624.00 | | 2308.80 |
| Jatc | 624.00 | | 499.20 |
| LMCC | 624.00 | | 193.44 |
| NEBF | 0.00 | | 638.59 |
| AMF | 0.00 | | 106.43 |

TOTAL AMOUNT DUE:     7584.06

* From employee list totals

MAIL ON OR BEFORE THE 10TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

A36859 SCUV

3003 1

**EMPLOYER:**

SPARTAN ENGINEERING, INC.
540 PARROTT ST.
SAN JOSE          CA 95112-0000

**ENTERED**

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED    | 0617 |

EMPLOYER'S FEDERAL REGISTRATION NO.    94-2579440

TOTAL NO. EMPLOYED THIS PERIOD _____

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF OCTOBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER      2T TECHNICIAN    3S SENIOR TECHNICIAN   4A APPR

E1 SALARIED (NON-BARGAINING)        E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE LAST / FIRST | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 55-85-5560 | BUZZARD, STEVE R | 1I | | *See* | *attached* | | | |

## SEE REVERSE FOR INSTRUCTIONS

**TOTALS →**

| BENEFITS | | TOTALS |
|---|---|---|
| 1. PENSION (TOTAL COL. 8) | $3.70 | 606.80 |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | $6.15 | 1008.60 |
| 4. JATC - TOTAL HOURS (COL. 6) TIMES | $.80 | 131.20 |
| 5. LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | $.31 | 50.84 |
| 6. NEBF - TOTAL GROSS EARN. TIMES | 3.00% | 166.57 |
| 7. AMF - TOTAL GROSS EARN. TIMES | .50% | 27.74 |
| 8. NECA - TOTAL GROSS EARN. TIMES | .50% | |
| | GRAND TOTAL → | 1991.75 |

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:    IBEW/NECA SOUND &
               COMMUNICATIONS

MAIL TO:    P.O. BOX 23390
            FILE NUMBER: 4733
            OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE FOR DELIN-
QUENT TRANSMITTAL.
$ _____

BOOKkeeper 11/13

TITLE          DATE

**TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.**

CHECK NO. _____

ADMINISTRATOR

DATE _____

SPARTAN ENGINEERING, INC.

October 2007
Page  1

** 61  EM/SOUND & COMMUNICATION (61) - MONTHLY

| SOC SEC # · , NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|
| 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 Buzzard, Steve R. | 127.00 | 164.00 | 5551.66 | 1008.66 | 606.80 | 131.20 | 50.90 | 166.57 | 27.74 |
| | 127.00 | 164.00 | 5551.66 | 1008.66 | 606.80 | 131.20 | 50.90 | 166.57 | 27.74 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 164.00 | | 1008.60 |
| Pension | 164.00 | | 606.80 |
| JATC | 164.00 | | 131.20 |
| LMCC | 164.00 | | 50.84 |
| NEBF | 0.00 | | 166.57 |
| AMF | 0.00 | | 27.74 |

TOTAL AMOUNT DUE:    1991.75

* From employee list totals

MAIL ON OR BEFORE THE 10TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
### IBEW/NECA SOUND & COMMUNICATION TRUST

A37242 SCUV

3000 3

EMPLOYER:

SPARTAN ENGINEERING, INC.
540 PARROT STREET
SAN JOSE       CA 95112-0000

ENTERED

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED        0332

EMPLOYER'S FEDERAL REGISTRATION NO.        94-2579440

TOTAL NO. EMPLOYED THIS PERIOD

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF  NOVEMBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER     2T TECHNICIAN     3S SENIOR TECHNICIAN   4A APPR

E1 SALARIED (NON-BARGAINING)          E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE LAST   FIRST | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 54-55-5011 | CORNAGGIA, STEVEN J | 4A | | | | | | |
| 66-41-8729 | DUMONT, RICKEY R | 3S | | | | | | |
| 50-65-9992 | PANTOJA, ADAM S | 1I | | | | | | |
| 72-33-4224 | PIVACEK, MIKE W | 1I | | | | | | |
| 58-87-5386 | RIOS, ROBERT A | 1I | | | | | | |
| 62-48-2082 | ROSENGREEN, JAMES P | 3S | | | | | | |
| 65-67-4468 | VERONDA, TIM S | 3S | | | | | | |
| 04-03-9289 | VILLALOBOS, ROGELIO | 4A | | | | | | |

## SEE REVERSE FOR INSTRUCTIONS

**TOTALS ➤**

### BENEFITS

| | | TOTALS |
|---|---|---|
| 1. PENSION (TOTAL COL. 8) | $3.70 | 4273.5? |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | $6.15 | 7103.25 |
| 4. JATC - TOTAL HOURS (COL. 6)  TIMES | $.80 | 924.00 |
| 5. LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | $.31 | 358.05 |
| 6. NEBF - TOTAL GROSS EARN.  TIMES | 3.00% | 1076.63 |
| 7. AMF - TOTAL GROSS EARN.  TIMES | .50% | 179.44 |
| 8. NECA - TOTAL GROSS EARN.  TIMES | .50% | |

GRAND TOTAL ➤  13914.8?

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:  IBEW/NECA SOUND &
             COMMUNICATIONS

MAIL TO:  P.O. BOX 23390
          FILE NUMBER: 4733
          OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext.4452

I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.

EMPLOYER'S SIGNATURE

Book Keeper   12/14/07

TITLE        DATE

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

ADMINISTRATOR

CHECK NO.

DATE

SPARTAN ENGINEERING, INC.

November 2007
Page  1

** LOC.  o2 SOUND & COMMUNICATION (32) - MONTHLY

| SOC SEC # ' ' NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|
| 54-55-5011 Cornaggia, Steven J | 132.00 | 167.50 | 4963.24 | 1030.16 | 619.75 | 134.00 | 51.96 | 148.87 | 24.83 |
| 50-65-9992 Pantoja, Adam S. | 141.00 | 152.50 | 4813.99 | 937.91 | 564.25 | 122.00 | 47.31 | 144.43 | 24.08 |
| 72-33-4224 Pivacek, Mike W | 184.00 | 198.50 | 5497.64 | 1220.78 | 734.45 | 158.80 | 61.54 | 164.86 | 27.51 |
| 58-87-5386 Rios, Robert A. | 168.50 | 205.00 | 5978.60 | 1260.81 | 758.50 | 164.00 | 63.61 | 179.33 | 29.88 |
| 62-48-2082 Rosengreen, James P. | 70.00 | 70.00 | 2331.00 | 430.55 | 259.00 | 56.00 | 21.75 | 69.93 | 11.66 |
| 65-67-4468 Veronda, Timothy | 140.00 | 169.00 | 6859.02 | 1039.42 | 625.30 | 135.20 | 52.46 | 205.80 | 34.25 |
| 04-03-9289 Villalobos, Rogelio | 170.00 | 192.50 | 5444.20 | 1183.88 | 712.25 | 154.00 | 59.68 | 163.31 | 27.21 |
| | 1005.50 | 1155.00 | 35887.69 | 7103.51 | 4273.50 | 924.00 | 358.31 | 1076.53 | 179.42 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| HEALTH & WELFARE | 1155.00 | | 7103.25 |
| PENSION | 1155.00 | | 4273.50 |
| JATC | 1155.00 | | 924.00 |
| LMCC | 1155.00 | | 358.05 |
| NEBF | 0.00 | | 1076.63 |
| AMF | 0.00 | | 179.44 |
| NECA | 1155.00 | | 0.00 |

TOTAL AMOUNT DUE:      13914.87

* From employee list totals

MAIL ON OR BEFORE THE 12TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
### IBEW/NECA SOUND & COMMUNICATION TRUST

A37244 SCUV

3003 1

**EMPLOYER:**

SPARTAN ENGINEERING, INC.
540 PARROTT ST.
SAN JOSE     CA 95112-0000

408)993-0560

**ENTERED**

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED   | 0617 |

EMPLOYER'S FEDERAL REGISTRATION NO.   94-2579440

TOTAL NO. EMPLOYED THIS PERIOD

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF NOVEMBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER     2T TECHNICIAN     3S SENIOR TECHNICIAN     4A APPR

E1 SALARIED (NON-BARGAINING)     E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 55-85-5560 | BUZZARD, | STEVE R | 1I | | | | | | |

## SEE REVERSE FOR INSTRUCTIONS

**TOTALS ➤**

▼ **MAKE CHECK PAYABLE TO:** ▼

PAYABLE TO:   IBEW/NECA SOUND & COMMUNICATIONS

MAIL TO:   P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS

[signature]

BOOKKEEPER   12/14/07

TITLE     DATE

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

**BENEFITS**

| | | | TOTALS |
|---|---|---|---|
| 1. PENSION (TOTAL COL. 8) | | $3.70 | 219.70 |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | | $6.15 | 498.15 |
| 4. JATC - TOTAL HOURS (COL. 6) TIMES | | $.80 | 64.80 |
| 5. LMCC - TOTAL HOURS (COL. 6) TIMES (Local and National Plus C.F.) | | $.31 | 25.11 |
| 6. NEBF - TOTAL GROSS EARN. TIMES | | 3.00% | 75.51 |
| 7. AMF - TOTAL GROSS EARN. TIMES | | .50% | 12.60 |
| 8. NECA - TOTAL GROSS EARN. TIMES | | .50% | |

GRAND TOTAL ➤   975.87

CHECK NO.

DATE

SPARTAN ENGINEERING, INC.

November 2007
Page   1

** 61) EW/SOUND & COMMUNICATION (61) - MONTHLY

| SOC SEC # | NAME | | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|-----------|------|---|---------|---------|-------|-----------|------|------|------|------|------|
| 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 | Buzzard, Steve R. | | 77.50 | 81.00 | 2517.26 | 498.18 | 299.70 | 64.80 | 25.14 | 75.51 | 12.60 |
| | | | 77.50 | 81.00 | 2517.26 | 498.18 | 299.70 | 64.80 | 25.14 | 75.51 | 12.60 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|-------------|---------------|--------|
| Health & Welfare | 81.00 | | 498.15 |
| Pension | 81.00 | | 299.70 |
| JATC | 81.00 | | 64.80 |
| LMCC | 81.00 | | 25.11 |
| NEBF | 0.00 | | 75.51 |
| AMF | 0.00 | | 12.60 |

TOTAL AMOUNT DUE:      975.87

* From employee list totals

MAIL ON OR BEFORE THE 15TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

A37243 SCUV

3002 9

EMPLOYER:

SPARTAN ENGINEERING, INC.
540 PARROTT ST.
SAN JOSE    CA 95112-0000

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED   0595

EMPLOYER'S FEDERAL REGISTRATION NO.   94-2579440

TOTAL NO. EMPLOYED THIS PERIOD

ENTERED

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF NOVEMBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER     2T TECHNICIAN     3S SENIOR TECHNICIAN    4A APPR

E1 SALARIED (NON-BARGAINING)          E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 78-46-4823 | CONOLLY, | MARK W | 1I | | | | | | |
| 48-41-1090 | KASSON, | PAUL | 3S | | | | | | |
| 73-90-5854 | LEFTER, | PAUL | 1I | | | | | | |
| 29-84-6465 | SALEHI, | ALLAN | 2T | | | | | | |

**SEE REVERSE FOR INSTRUCTIONS**

**TOTALS →**

**BENEFITS**                                                    TOTALS

1. PENSION (TOTAL COL. 8)                          $3.70   2297.70

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:   IBEW/NECA SOUND &
COMMUNICATIONS

MAIL TO:   P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

2. PREMIUMS NON-BARG (TOTAL COL. 9)

3. WELFARE - TOTAL HRS (COL. 6) TIMES     $6.15   3819.15

4. JATC - TOTAL HOURS (COL. 6)  TIMES     $.80    496.80

5. LMCC - TOTAL HOURS (COL. 6)  TIMES     $.31    192.50
   (Local & National Plus C.F.)

6. NEBF - TOTAL GROSS EARN.  TIMES        3.00%   618.43

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

7. AMF - TOTAL GROSS EARN.  TIMES         .50%    103.08

I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL, ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.

8. NECA - TOTAL GROSS EARN.  TIMES        .50%

GRAND TOTAL →   7527.66

PREPARER'S SIGNATURE

Bookkeeper  12/14/07

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

TITLE     DATE

ADMINISTRATOR

CHECK NO.

DATE

SPARTAN ENGINEERING, INC.

** 595 ..N/SOUND & COMMUNCATION (59) - MONTHLY

| SOC SEC # NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|
| 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 Conolly, Mark | 95.00 | 95.00 | 2538.40 | 584.25 | 351.50 | 76.00 | 29.45 | 76.12 | 12.71 |
| 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 Kasson, Paul E. | 139.00 | 164.50 | 6165.46 | 1011.72 | 608.65 | 131.60 | 51.04 | 184.92 | 30.85 |
| 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 Lefter, Paul T | 164.00 | 164.00 | 4967.38 | 1008.60 | 606.80 | 131.20 | 50.84 | 149.03 | 24.81 |
| 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 Salehi, Allan | 175.50 | 197.50 | 6943.07 | 1214.74 | 730.75 | 158.00 | 61.34 | 208.45 | 34.75 |
| | 573.50 | 621.00 | 20614.31 | 3819.31 | 2297.70 | 496.80 | 192.67 | 618.52 | 103.12 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 621.00 | | 3819.15 |
| Pension | 621.00 | | 2297.70 |
| Jatc | 621.00 | | 496.80 |
| LMCC | 621.00 | | 192.51 |
| NEBF | 0.00 | | 618.43 |
| AMF | 0.00 | | 103.07 |

TOTAL AMOUNT DUE:     7527.66

* From employee list totals

MAIL ON OR BEFORE THE **10TH** DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MON..LY FRINGE BENEFIT TRANSMIT..L
### IBEW/NECA SOUND & COMMUNICATION TRUST

A37682  SCWH                                                         3000 3

EMPLOYER:

SPARTAN ENGINEERING, INC.
540 PARROT STREET
SAN JOSE        CA 95112-0000

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED    | 0332 |

EMPLOYER'S FEDERAL REGISTRATION NO.    94-2579440

TOTAL NO. EMPLOYED THIS PERIOD    _____

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF DECEMBER 2007

---

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER    2T TECHNICIAN    3S SENIOR TECHNICIAN   4A APPR

E1 SALARIED (NON-BARGAINING)        E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE LAST FIRST | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 54-55-5011 | CORNAGGIA, STEVEN J | 4A | | | | | | |
| 50-65-9992 | PANTOJA, ADAM S | 1I | | | | | | |
| 72-33-4224 | PIVACEK, MIKE W | 1I | | | | | | |
| 58-87-5386 | RIOS, ROBERT A | 1I | | | | | | |
| 52-48-2082 | ROSENGREEN, JAMES P | 3S | | | | | | |
| 55-67-4468 | VERONDA, TIM S | 3S | | | | | | |
| 04-03-9289 | VILLALOBOS, ROGELIO | 4A | | | | | | |

RECEIVE..
JAN 0 8 2007
BY:

YOUR 8/07 REPORT WAS OVERPAID $287.37. PLEASE TAKE A CREDIT WITH THIS MONTH
REPORT. THANK YOU.

---

**SEE REVERSE FOR INSTRUCTIONS**

▼ **MAKE CHECK PAYABLE TO:** ▼

PAYABLE TO:  IBEW/NECA SOUND &
COMMUNICATIONS

MAIL TO:  P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

...ERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
...TEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
PLO..ER CONTRIBUTIONS.

...REPARER'S SIGNATURE    [signature]

...tle  [signature]  1/10/08
...LE        DATE

| | TOTALS ➡ | | |

**BENEFITS**                                              TOTALS
1. PENSION (TOTAL COL. 8)                $4.00  3744.40
2. PREMIUMS NON-BARG (TOTAL COL. 9)      _____
3. WELFARE - TOTAL HRS (COL. 6) TIMES    $6.55  6223.80
4. JATC - TOTAL HOURS (COL. 6) TIMES     $.95   809.60
5. LMCC - TOTAL HOURS (COL. 6) TIMES     $.31   313.75
   (Local & National Plus C.F.)
6. NEBF - TOTAL GROSS EARN. TIMES        3.00%  979.12
7. AMF - TOTAL GROSS EARN. TIMES         .50%   163.19
8. NECA - TOTAL GROSS EARN. TIMES        .50%   _____

GRAND TOTAL ➡   12,233.8_
                    -287.3_
                 11,946.4_

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.
$ _____

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO. _____
DATE _____

ADMINISTRATOR

SPARTAN ENGINEERING, INC.

December 2008
Page   1

** LOC   2 SOUND & COMMUNICATION (32) - MONTHLY

| SOC SEC # / NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|
| 54-55-5011 Cornaggia, Steven J | 143.00 | 164.00 | 4846.73 | 1008.62 | 606.80 | 131.20 | 50.86 | 145.41 | 24.24 |
| 50-65-9992 Pantoja, Adam S. | 140.00 | 144.50 | 4621.36 | 888.72 | 534.65 | 115.60 | 44.84 | 138.65 | 23.15 |
| 72-33-4224 Pivacek, Mike W | 127.00 | 128.00 | 3564.15 | 787.20 | 473.60 | 102.40 | 39.68 | 106.88 | 17.84 |
| 58-87-5386 Rios, Robert A. | 140.50 | 156.50 | 4771.57 | 962.49 | 579.05 | 125.20 | 48.53 | 143.12 | 23.87 |
| 62-48-2082 Rosengreen, James P. | 97.00 | 115.00 | 4534.78 | 707.28 | 425.50 | 92.00 | 35.68 | 136.04 | 22.68 |
| 65-67-4468 Veronda, Timothy | 144.00 | 156.00 | 6119.16 | 959.46 | 577.20 | 124.80 | 48.42 | 183.60 | 30.57 |
| 04-03-9289 Villalobos, Rogelio | 143.00 | 148.00 | 4179.49 | 910.20 | 547.60 | 118.40 | 45.88 | 125.36 | 20.92 |

934.50 1012.00 32637.24 6223.97 3744.40  809.60 313.89 979.06 163.27

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| HEALTH & WELFARE | 1012.00 | | 6223.80 |
| PENSION | 1012.00 | | 3744.40 |
| JATC | 1012.00 | | 809.60 |
| LMCC | 1012.00 | | 313.72 |
| NEBF | 0.00 | | 979.12 |
| AMF | 0.00 | | 163.19 |
| NECA | 1012.00 | | 0.00 |

TOTAL AMOUNT DUE:      12233.83

* From employee list totals

MAIL ON OR BEFORE THE 12TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

A37683 SCWH                                                              3002 9

EMPLOYER:

SPARTAN ENGINEERING, INC.
540 PARROTT ST.
SAN JOSE          CA 95112-0000

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED          | 0595 |

EMPLOYER'S FEDERAL REGISTRATION NO.          94-2579440

TOTAL NO. EMPLOYED THIS PERIOD          _____

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF DECEMBER 2007

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER     2T TECHNICIAN     3S SENIOR TECHNICIAN    4A APPR

E1 SALARIED (NON-BARGAINING)          E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 33-64-5708 | AVILA, | GILBERT | 1I | | | | | | |
| 78-46-4823 | CONOLLY, | MARK W | 1I | | | | | | |
| 64-55-7585 | GARCIA, | JUAN | 4A | | | | | | |
| 48-41-1090 | KASSON, | PAUL | 3S | | | | | | |
| 73-90-5854 | LEFTER, | PAUL | 1I | | | | | | |
| 62-77-0350 | RAMOS, | GREG R | 1I | | | | | | |
| 29-84-6465 | SALEHI, | ALLAN | 2T | | | | | | |

RECEIVED
JAN 0 8 2007
BY:

## SEE REVERSE FOR INSTRUCTIONS

TOTALS ➤

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:    IBEW/NECA SOUND &
               COMMUNICATIONS

MAIL TO:    P.O. BOX 23390
            FILE NUMBER: 4733
            OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.

| BENEFITS | | | TOTALS |
|---|---|---|---|
| 1. PENSION (TOTAL COL. 8) | | $4.00 | 2186.70 |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | | $6.55 | 3634.6 |
| 4. JATC - TOTAL HOURS (COL. 6) TIMES | | $.75 | 472.8 |
| 5. LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | | $.31 | 183.2 |
| 6. NEBF - TOTAL GROSS EARN. TIMES | | 3.00% | 613.6 |
| 7. AMF - TOTAL GROSS EARN. TIMES | | .50% | 102.2 |
| 8. NECA - TOTAL GROSS EARN. TIMES | | .50% | |

GRAND TOTAL ➤      7,193.2

BEARER'S SIGNATURE

_Jnalwoda_
Bookkeeper          1/10/08

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.
$ _____

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO. _____

DATE _____

SPARTAN ENGINEERING, INC.

** 595  W/SOUND & COMMUNCATION (59) - MONTHLY

| SOC SEC # | NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|---|
| 78-46-4823 | Conolly, Mark | 125.00 | 126.00 | 3518.21 | 774.90 | 466.20 | 100.80 | 39.06 | 105.50 | 17.61 |
| 48-41-1090 | Kasson, Paul E. | 141.50 | 166.50 | 6398.51 | 1024.02 | 616.05 | 133.20 | 51.66 | 191.94 | 32.03 |
| 73-90-5854 | Lefter, Paul T | 115.00 | 115.00 | 3596.98 | 707.25 | 425.50 | 92.00 | 35.65 | 107.90 | 17.98 |
| 29-84-6465 | Salehi, Allan | 151.50 | 183.50 | 6939.83 | 1128.62 | 678.95 | 146.80 | 56.98 | 208.19 | 34.75 |
| | | 533.00 | 591.00 | 20453.53 | 3634.79 | 2186.70 | 472.80 | 183.35 | 613.53 | 102.37 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 591.00 | | 3634.65 |
| Pension | 591.00 | | 2186.70 |
| Jatc | 591.00 | | 472.80 |
| LMCC | 591.00 | | 183.21 |
| NEBF | 0.00 | | 613.61 |
| AMF | 0.00 | | 102.27 |

TOTAL AMOUNT DUE:     7193.24

* From employee list totals

MAIL ON OR BEFORE THE 10TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

A37684 SCWH

3003 1

| EMPLOYER: | |
|---|---|
| SPARTAN ENGINEERING, INC.<br>540 PARROTT ST.<br>SAN JOSE     CA 95112-0000 | IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED     0617 |
| | EMPLOYER'S FEDERAL REGISTRATION NO.     94-2579440 |
| | TOTAL NO. EMPLOYED THIS PERIOD |
| 408)993-0560 | THIS TRANSMITTAL COVERS ALL PAYROLL<br>WEEKS ENDING IN THE CALENDAR MONTH OF DECEMBER 2007 |

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER     2T TECHNICIAN     3S SENIOR TECHNICIAN     4A APPR

E1 SALARIED (NON-BARGAINING)     E2 OTHER (SUPERVISORY)

| 1. SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 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 | BUZZARD, | STEVE R | 1I | | | | | | |

RECEIVED
JAN 0 8 2007
BY:

## SEE REVERSE FOR INSTRUCTIONS

TOTALS →

MAKE CHECK PAYABLE TO:

PAYABLE TO:
IBEW/NECA SOUND &
COMMUNICATIONS

MAIL TO:
P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452
I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS

| BENEFITS | | TOTALS |
|---|---|---|
| 1. PENSION (TOTAL COL. 8) | $4.00 | 355.20 |
| 2. PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. WELFARE - TOTAL HRS (COL. 6) TIMES | $6.55 | 590.40 |
| 4. JATC - TOTAL HOURS (COL. 6) TIMES | $.95 | 76.80 |
| 5. LMCC - TOTAL HOURS (COL. 6) TIMES<br>(Local & National Plus C.F.) | $.31 | 29.76 |
| 6. NEBF - TOTAL GROSS EARN. TIMES | 3.00% | 102.86 |
| 7. AMF - TOTAL GROSS EARN. TIMES | .50% | 17.10 |
| 8. NECA - TOTAL GROSS EARN. TIMES | .50% | |
| GRAND TOTAL → | | 1,172.12 |

PREPARER'S SIGNATURE
BOOKKEEPER   1/10/08
TITLE      DATE

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL
$

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO.

ADMINISTRATOR      DATE

SPARTAN ENGINEERING, INC.

December 2008
Page   1

** 61X   W/SOUND & COMMUNICATION (61) - MONTHLY

| SOC SEC #    NAME | | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 Buzzard, Steve R. | | 79.50 | 96.00 | 3428.33 | 590.41 | 355.20 | 76.80 | 29.77 | 102.86 | 17.10 |
| | | 79.50 | 96.00 | 3428.33 | 590.41 | 355.20 | 76.80 | 29.77 | 102.86 | 17.10 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 96.00 | | 590.40 |
| Pension | 96.00 | | 355.20 |
| JATC | 96.00 | | 76.80 |
| LMCC | 96.00 | | 29.76 |
| NEBF | 0.00 | | 102.86 |
| AMF | 0.00 | | 17.10 |

TOTAL AMOUNT DUE:     1172.12

* From employee list totals

MAIL ON OR BEFORE THE 15TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
### IBEW/NECA SOUND & COMMUNICATION TRUST

A38111 SCWH

3000 3

**EMPLOYER:**

SPARTAN ENGINEERING, INC.
540 PARROT STREET
SAN JOSE        CA 95112-0000

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED — | 0332 |

EMPLOYER'S FEDERAL REGISTRATION NO.   94-2579440

TOTAL NO. EMPLOYED THIS PERIOD _____

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF  JANUARY 2008

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER   2T TECHNICIAN   3S SENIOR TECHNICIAN   4A APPR

E1 SALARIED (NON-BARGAINING)       E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 54-55-5011 | CORNAGGIA, | STEVEN J | 4A | | | | | | |
| 50-65-9992 | PANTOJA, | ADAM S | 1I | | | | | | |
| 72-33-4224 | PIVACEK, | MIKE W | 1I | | | | | | |
| 58-87-5386 | RIOS, | ROBERT A | 1I | | | | | | |
| 62-48-2082 | ROSENGREEN, | JAMES P | 3S | | | | | | |
| 65-67-4468 | VERONDA, | TIM S | 3S | | | | | | |
| 04-03-9289 | VILLALOBOS, | ROGELIO | 4A | | | | | | |

## SEE REVERSE FOR INSTRUCTIONS

**TOTALS ➤**

**MAKE CHECK PAYABLE TO:**

PAYABLE TO:  IBEW/NECA SOUND &
COMMUNICATIONS

MAIL TO:  P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
PLO... ER CONTRIBUTIONS

PREPARER'S SIGNATURE

Bookkeeper  2/10/08

TITLE        DATE

**BENEFITS**      TOTALS

1. PENSION (TOTAL COL. 8)              $4.00  391.25

2. PREMIUMS NON-BARG (TOTAL COL. 9)

3. WELFARE - TOTAL HRS (COL. 6) TIMES  $6.55  5304.38

4. JATC - TOTAL HOURS (COL. 6)  TIMES  $.95   690.00

5. LMCC - TOTAL HOURS (COL. 6)  TIMES  $.31   267.38
   (Local & National Plus C.F.)

6. NEBF - TOTAL GROSS EARN.  TIMES     3.00%  921.36

7. AMF - TOTAL GROSS EARN.   TIMES     .50%   135.56

8. NECA - TOTAL GROSS EARN.  TIMES     .50%   ____

GRAND TOTAL ➤  10,527.93

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL

$ _____

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO.

ADMINISTRATOR                         DATE

SPARTAN ENGINEERING, INC.

** LOC 332 SOUND & COMMUNICATION (32) - MONTHLY

| SOC SEC # | NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | Cornaggia, Steven J | 134.50 | 154.50 | 4601.13 | 950.21 | 571.65 | 123.60 | 47.93 | 138.01 | 23.03 |
| 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 | Pantoja, Adam S. | 125.00 | 125.00 | 3958.75 | 768.75 | 462.50 | 100.00 | 38.75 | 118.75 | 19.83 |
| 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 | Pivacek, Mike W | 136.00 | 145.00 | 4181.53 | 891.75 | 536.50 | 116.00 | 44.95 | 125.41 | 20.93 |
| 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 | Rios, Robert A. | 115.50 | 154.50 | 5153.50 | 950.21 | 571.65 | 123.60 | 47.93 | 154.63 | 25.77 |
| 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 | Rosengreen, James P. | 23.50 | 24.00 | 912.99 | 147.62 | 88.80 | 19.20 | 7.46 | 27.39 | 4.57 |
| 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 | Veronda, Timothy | 143.50 | 238.50 | 11316.65 | 1466.87 | 882.45 | 190.80 | 74.03 | 339.45 | 56.54 |
| 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 | Villalobos, Rogelio | 21.00 | 21.00 | 587.37 | 129.15 | 77.70 | 16.80 | 6.51 | 17.62 | 2.94 |
| | | 699.00 | 862.50 | 30711.92 | 5304.56 | 3191.25 | 690.00 | 267.56 | 921.26 | 153.61 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| HEALTH & WELFARE | 862.50 | | 5304.38 |
| PENSION | 862.50 | | 3191.25 |
| JATC | 862.50 | | 690.00 |
| LMCC | 862.50 | | 267.38 |
| NEBF | 0.00 | | 921.36 |
| AMF | 0.00 | | 153.56 |
| NECA | 862.50 | | 0.00 |

TOTAL AMOUNT DUE:      10527.93

\* From employee list totals

MAIL ON OR BEFORE THE 12TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
### IBEW/NECA SOUND & COMMUNICATION TRUST

A38112 SCWH

3002 9

**EMPLOYER:**

SPARTAN ENGINEERING, INC.
540 PARROTT ST.
SAN JOSE     CA 95112-0000

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED   | 0595 |

EMPLOYER'S FEDERAL REGISTRATION NO.   94-2579440

TOTAL NO. EMPLOYED THIS PERIOD _____

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF JANUARY 2008

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER   2T TECHNICIAN   3S SENIOR TECHNICIAN   4A APPR

E1 SALARIED (NON-BARGAINING)   E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAININ PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| ~~33-64-5708~~ | ~~AVILA, GILBERT~~ | | 1I | | | | | | |
| 78-46-4823 | CONOLLY, MARK W | | 1I | | | | | | |
| ~~64-55-9585~~ | ~~GARCIA, JUAN~~ | | 4A | | | | | | |
| 48-41-1090 | KASSON, PAUL | | 3S | | | | | | |
| 73-90-5854 | LEFTER, PAUL | | 1I | | | | | | |
| ~~62-77-0350~~ | ~~RAMOS, GREG R~~ | | 1I | | | | | | |
| 29-84-6465 | SALEHI, ALLAN | | 2T | | | | | | |

## SEE REVERSE FOR INSTRUCTIONS

**TOTALS ➤**

### MAKE CHECK PAYABLE TO:

PAYABLE TO:   IBEW/NECA SOUND &
COMMUNICATIONS

MAIL TO:   P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext.4452

CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.

MAKER'S SIGNATURE

Bookkeeper 2/10/08

TITLE      DATE

**BENEFITS**

| | | | TOTALS |
|---|---|---|---|
| 1. | PENSION (TOTAL COL. 8) | $4.00 | 2282.90 |
| 2. | PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. | WELFARE - TOTAL HRS (COL. 6) TIMES | $6.55 | 3794.55 |
| 4. | JATC - TOTAL HOURS (COL. 6) TIMES | $.95 | 493.60 |
| 5. | LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | $.31 | 191.27 |
| 6. | NEBF - TOTAL GROSS EARN. TIMES | 3.00% | 664.20 |
| 7. | AMF - TOTAL GROSS EARN. TIMES | .50% | 110.70 |
| 8. | NECA - TOTAL GROSS EARN. TIMES | .50% | |

GRAND TOTAL ➤   7,537.25

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL.   $_____

TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.

CHECK NO. _____

ADMINISTRATOR   DATE

SPARTAN ENGINEERING, INC.

** 59 GEN/SOUND & COMMUNCATION (59) - MONTHLY

| SOC SEC #   NAME | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|
| 78-46-4823 Conolly, Mark | 88.00 | 96.00 | 2797.01 | 590.40 | 355.20 | 76.80 | 29.76 | 83.88 | 14.00 |
| 48-41-1090 Kasson, Paul E. | 132.50 | 153.50 | 5893.50 | 944.06 | 567.95 | 122.80 | 47.62 | 176.77 | 29.52 |
| 73-90-5854 Lefter, Paul T | 144.00 | 176.00 | 6055.52 | 1082.40 | 651.20 | 140.80 | 54.56 | 181.67 | 30.24 |
| 29-84-6465 Salehi, Allan | 148.00 | 191.50 | 7393.87 | 1177.85 | 708.55 | 153.20 | 59.49 | 221.81 | 36.98 |
|  | 512.50 | 617.00 | 22139.90 | 3794.71 | 2282.90 | 493.60 | 191.43 | 664.13 | 110.74 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 617.00 | | 3794.55 |
| Pension | 617.00 | | 2282.90 |
| Jatc | 617.00 | | 493.60 |
| LMCC | 617.00 | | 191.27 |
| NEBF | 0.00 | | 664.20 |
| AMF | 0.00 | | 110.70 |

TOTAL AMOUNT DUE:    7537.22

* From employee list totals

MAIL ON OR BEFORE THE 19TH DAY OF THE MONTH FOLLOWING THE MONTH BEING REPORTED

## MONTHLY FRINGE BENEFIT TRANSMITTAL
## IBEW/NECA SOUND & COMMUNICATION TRUST

A38113 SCWH

3003 1

EMPLOYER:

SPARTAN ENGINEERING, INC.
540 PARROTT ST.
SAN JOSE        CA 95112-0000

408)993-0560

IBEW LOCAL UNION NO. WHERE SHOP IS LOCATED    | 0617 |

EMPLOYER'S FEDERAL REGISTRATION NO.    94-2579440

TOTAL NO. EMPLOYED THIS PERIOD    _____

THIS TRANSMITTAL COVERS ALL PAYROLL
WEEKS ENDING IN THE CALENDAR MONTH OF  JANUARY 2008

CLASSIFICATIONS TO BE USED IN COLUMN NO. 3

1I INSTALLER      2T TECHNICIAN      3S SENIOR TECHNICIAN  4A APPR

E1 SALARIED (NON-BARGAINING)        E2 OTHER (SUPERVISORY)

| SOCIAL SECURITY NO. | 2. NAME OF EMPLOYEE | | 3. CLASS | 4. APPR. % | 5. WAGE RATE | 6. TOTAL HOURS WORKED | 7. GROSS EARNINGS | 8. PENSION | 9. H & W NON-BARGAINING PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | |
| 55-85-5560 | BUZZARD, STEVE R | | 1I | | | | | | |

SEE REVERSE FOR INSTRUCTIONS

**TOTALS ➔**

### BENEFITS

| | | | TOTALS |
|---|---|---|---|
| 1. | PENSION (TOTAL COL. 8) | $4.00 | 129.50 |
| 2. | PREMIUMS NON-BARG (TOTAL COL. 9) | | |
| 3. | WELFARE - TOTAL HRS (COL. 6) TIMES | $6.55 | 215.25 |
| 4. | JATC - TOTAL HOURS (COL. 6)    TIMES | $.75 | 28.00 |
| 5. | LMCC - TOTAL HOURS (COL. 6) TIMES (Local & National Plus C.F.) | $.31 | 10.85 |
| 6. | NEBF - TOTAL GROSS EARN.    TIMES | 3.00% | 34.02 |
| 7. | AMF - TOTAL GROSS EARN.    TIMES | .50% | 5.68 |
| 8. | NECA - TOTAL GROSS EARN.    TIMES | .50% | |

GRAND TOTAL ➔  423.30

**▼   ·MAKE CHECK PAYABLE TO:   ▼**

PAYABLE TO:  IBEW/NECA SOUND &
COMMUNICATIONS

MAIL TO:  P.O. BOX 23390
FILE NUMBER: 4733
OAKLAND, CA 94623-0390

If you have any questions please call
Melanie at UAS (408) 288-4400 ext. 4452

CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS A FULL ACCURATE
STATEMENT OF HOURS WORKED AND WAGES EARNED OF ALL EMPLOYEES SUBJECT TO
EMPLOYER CONTRIBUTIONS.



TITLE    Book Keeper    DATE  2/10/08

FOR USE WHEN LIQUIDATED
DAMAGES ARE PAYABLE TO
TRUST FUND FOR DELIN-
QUENT TRANSMITTAL
$ _____

**TRANSMITTALS POSTMARKED AFTER THE 15TH DAY OF THE
MONTH ARE SUBJECT TO LIQUIDATED DAMAGES AS PER TRUST
AGREEMENT.**

CHECK NO. _____

ADMINISTRATOR

DATE _____

PARTAN ENGINEERING, INC.

** 617    ./SOUND & COMMUNICATION (61) - MONTHLY

| SOC SEC #    NAME | | REG HRS | TOT HRS | GROSS | HLTH WELF | PENS | JATC | LMCC | NEBF | NECA |
|---|---|---|---|---|---|---|---|---|---|---|
| 55-85-5560 Buzzard, Steve R. | | 35.00 | 35.00 | 1133.80 | 215.26 | 129.50 | 28.00 | 10.86 | 34.02 | 5.68 |
| | | 35.00 | 35.00 | 1133.80 | 215.26 | 129.50 | 28.00 | 10.86 | 34.02 | 5.68 |

| | TOTAL HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Health & Welfare | 35.00 | | 215.25 |
| Pension | 35.00 | | 129.50 |
| JATC | 35.00 | | 28.00 |
| LMCC | 35.00 | | 10.85 |
| NEBF | 0.00 | | 34.02 |
| AMF | 0.00 | | 5.68 |

TOTAL AMOUNT DUE:    423.30

* From employee list totals

AGREEMENT AND DECLARATION OF TRUST

IBEW/NECA SOUND AND COMMUNICATIONS

HEALTH AND WELFARE TRUST

EXHIBIT "C"

INDEX

ARTICLE I - DEFINITIONS. . . . . . . . . . . . . . . . . .3

ARTICLE II - CREATION AND PURPOSE OF TRUST FUND. . . . . . . .6

ARTICLE III - CONTRIBUTIONS TO THE TRUST . . . . . . . . . .9

ARTICLE IV - BOARD OF TRUSTEES . . . . . . . . . . . . . . 14

ARTICLE V - ARBITRATION. . . . . . . . . . . . . . . . . . 18

ARTICLE VI - POWERS AND DUTIES OF THE BOARD OF TRUSTEES. . . . 19

ARTICLE VII - PARTICIPATION . . . . . . . . . . . . . . . 27

ARTICLE VIII - GENERAL PROVISIONS APPLICABLE TO TRUSTEES . . . 31

ARTICLE IX - CLAIM AND APPEAL PROCEDURE . . . . . . . . . . 34

ARTICLE X - MISCELLANEOUS PROVISIONS. . . . . . . . . . . . 36

ARTICLE XI - AMENDMENT AND TERMINATION . . . . . . . . . . . 40

(i)

AGREEMENT AND DECLARATION OF TRUST

IBEW/NECA SOUND AND COMMUNICATIONS

HEALTH AND WELFARE TRUST FUND


This Agreement and Declaration of Trust has been entered into this 14th day of December 1989, by and between IBEW Local Unions signatory to the Northern California and Northern Nevada Sound and Communications Agreement hereinafter referred to as the "Union" and various NECA Chapters signatory to the Northern California and Northern Nevada Sound and Communications Agreement hereinafter referred to as "Employers."

WITNESSETH:

WHEREAS, the parties desire to establish the IBEW/NECA Sound and Communications Health and Welfare Trust Fund for the purpose of providing certain health and welfare benefits as hereinafter described, and,

WHEREAS, it is the desire of the signatory parties that said Agreement and Declaration of Trust complies with ERISA, and otherwise, and,

WHEREAS, the Union and the Employer have heretofore entered into a collective bargaining agreement, which is now in effect, and from time to time hereafter, will execute further and additional collective bargaining agreements, and/or amendments thereto, which in addition to other provisions, maintains the existing Health and Welfare Plan for the Employees

1

in accordance with this Agreement and Declaration of Trust.

Section 14.  "Union" shall mean those IBEW Local Unions signed to the Northern California and Northern Nevada Sound and Communications Agreement.


ARTICLE II

CREATION AND PURPOSE OF TRUST FUND

Section 1.  There is hereby established the IBEW/NECA Sound and Communications Health and Welfare Trust Fund to be used for the purpose set forth in this Agreement and Declaration of Trust.

Section 2.  This Trust shall consist of the entire and total Trust estate and corpus, which is created, held and established pursuant to the terms of this Trust Agreement, as it may from time to time be constituted, including but not limited to policies of insurance, investments, any income from any and all investments, Employer contributions, and any and all assets, property or money received by or held by the Trustees for the uses and purposes of this Trust.

Section 3.  This Trust Fund shall have its principal office as may be designated by the Board of Trustees.

Section 4.  This Trust is established for the purpose of providing, from either principal or income, or both, any or all of the following benefits, either through the purchase of insurance policies or on a self-funded basis; life insurance, health insurance, accident insurance, hospital benefits, surgical

6

benefits, medical benefits, dental benefits, visual benefits, or
any other similar benefits the Trustees shall determine, for
eligible employees and/or their dependents, and on such terms and
conditions that the Trustees shall prescribe.  The Trustees shall
have the sole authority to determine which of the afore described
benefits shall be made available.  This Trust is also established
for the purpose of paying the necessary costs of administering
and continuing this Trust and for the accumulation of necessary
reserves.

Section 5.  The Board of Trustees shall have the
continuing supervision, control and direction of the Trust for
the uses, purposes and duties set forth in this Trust Agreement
and it is vested with all right, title and interest to it.  The
Trust shall be administered by the Board of Trustees for the
exclusive benefit of Participants pursuant to the provisions of
this Trust.  Notwithstanding anything to the contrary contained
in this Trust Agreement or in the health and welfare plan, any
modification, amendment, extension or renewal hereof or of the
health and welfare plan, no portion of the Trust shall at any
time revert to, or be recoverable by the Employer, the Employer
Association, or the Union, or be used for or diverted to,
purposes other than for the exclusive benefit of Participants,
and the payment of the administrative expenses of the Trust and
the Health and Welfare Plan, or refund of erroneous payments.

Section 6.  Neither  the Employer, the Union, any
Participant, nor any other person shall have any right, title or

7

interest in or to the Trust other than as specifically provided in this Trust Agreement or in the Health and Welfare Plan. Neither the Trust nor any contributions to the Trust shall be in any manner liable for or subject to the debts, contracts or liabilities of any Employer, the Union or any Participant.

Section 7. No Participant shall be entitled to receive any part of the contributions made or required to be made to the Trust except in accordance with the terms and conditions of the Health and Welfare Plan.

Section 8. Each Participant is hereby restrained from selling, transferring, anticipating, assigning, hypothecating or otherwise disposing of any money or any other right or interest in the Health and Welfare Plan, and the Board of Trustees shall not recognize, nor be required to recognize any such sale, transfer, anticipation, assignment, hypothecation or other disposition. Any benefits or right or interest in the Health and Welfare Plan shall not be subject in any manner to voluntary transfer or transfer by operation of law or otherwise, and shall be exempt from the claims of creditors or other claimants and from all orders, decrees, garnishments, executions or other legal or equitable process or proceedings to the fullest extent permissible by law.

Section 9. No Employer shall be liable to make contributions to the Trust or be under any other liability to the Trust or with respect to the Health and Welfare Plan, except to the extent that he or it may be an Employer required to make

8

contributions to the Trust with respect to his or its own
individual or joint venture operations, and in no event shall he
or it be liable or responsible for any portion of the
contributions due from other Employers with respect to the
operations of such Employers to the extent permitted by ERISA.
The Employer shall not be required to make any further payments
for contributions to the cost of operations of the Trust or of
the Health and Welfare Plan except as may be provided in the
collective bargaining agreement or as is required pursuant to
ERISA.

Section 10.  Neither the Employer, the Union, nor
any participant shall be liable or responsible for any debts,
liabilities or obligations of the Trust or the Trustees to the
extent permitted by ERISA.

Section 11.  Any money judgment against the Trust
Fund shall  be enforceable only against the Trust Fund entity and
shall not be enforceable against any Trustee or other person,
unless liability against the Trustee or other person, in his
individual capacity, is established in accordance with Section
409(a) of the Employee Retirement Income Security Act of 1974.

ARTICLE III

CONTRIBUTIONS TO THE TRUST

Section 1.  Contributions shall be paid into the
Trust in such manner and at such time and place, and on monthly
transmittal reports as the Board of Trustees may prescribe.

9

(

Section 2.  Contributions to the Trust shall be
payable monthly.  Said contributions shall be forwarded to a
central depository to be designated by the Board of Trustees.
Said payments are to continue from month to month subject to the
provisions of the collective bargaining agreement.

Section 3.  The amount of the contribution shall
be such amount as is set forth in the current collective
bargaining agreement between the Employer and the Union or the
applicable Subscription Agreement.  If the amount of the
contribution is changed by the collective bargaining agreement,
or subscription agreement, the employer shall contribute the
changed amount as required by the collective bargaining agreement
or a subscription agreement.

Section 4.  Each monthly contribution to the Trust
shall be made promptly and shall include all Participants covered
by this Agreement who shall have worked during the Employer's
payroll month and shall be paid on or before the 10th day of the
calendar month following the payroll month in which the
participant worked.  The parties recognize and acknowledge that
the regular and prompt payment of Employer contributions to the
Trust is essential to the maintenance of the Trust and is
required by ERISA.  As it would be extremely difficult if not
impossible to fix the actual expense and damage to the Trust
which would result from the failure of the Employer to pay his
contributions in full within the time above provided, the amount
of damage to the Trust resulting from any such failure shall be

10

presumed to be ten percent (10%) of the amount due the Trust
Fund or $25.00, whichever is greater, and annual interest of
eight percent (8%) from the due date until they are paid.

The Trustees may waive payment of all or a part of
such liquidated damages in a particular case upon good cause to
the Trustees being established.

Section 5.   Upon the failure or refusal of any
Employer to make the required contributions, the Trustees shall
have authority to pay or provide for the payment from the Trust
the amount of the health and welfare benefits to the eligible
Participants of such delinquent Employer, but the Trustees shall
not be obligated either to said Participant or said Employer to
make or provide such payments and they shall incur no liability
whatsoever, either individually or collectively, for their
failure or refusal to do so.   In the event such payments are made
by the Trustees from the Trust on behalf of a delinquent
Employer, the Trust shall be reimbursed by said Employer for such
payments and the Trustees shall have the authority to enforce
such right of reimbursement.

In the event an Employer is delinquent in paying
benefits due hereunder or defaults in his obligation hereunder,
and a Participant under this Trust is financially damaged by lost
benefits, then the Employer shall be liable not only to pay
contributions due and liquidated damages, but shall be liable to
the Participant for all financial loss suffered by the
Participant due to the Employer's failure to make timely

11

contributions hereunder.

Section 6.  Nothing contained herein shall be deemed to authorize or prevent action by the Union against any Employer who is delinquent in his contributions to the Trust. All rights of the Union to refuse to furnish men to any delinquent Employer, or to withdraw Participants from the job of any delinquent Employer, or to strike or take other economic action against a delinquent Employer, shall be determined by the provisions of the collective bargaining agreement and by applicable rules of law, and shall not be deemed affected in any way by this Agreement.

The Trustees shall not be obligated, however, to pursue the collection of delinquent accounts through grievance-arbitration procedures (if any) provided for in the underlying collective bargaining agreement.

Section 7.  The Trustees shall have the right themselves, or through  any authorized representative, to audit the books and records of any employer as they may deem necessary in their discretion to determine if all liabilities of such Employer to the Trustees have been paid, and to determine that the correct contributions have been received for all persons for whom such Employer is required to make contributions.  The Employer shall make such books and records available at all reasonable times and places, so that such audits may be conducted.

In the event an Employer's books are audited as

12

above set forth, the Trustees shall have the right to charge said Employer the reasonable costs of said audit, if the audit reveals a delinquency.

Should an Employer refuse or after a reasonable time fail to comply with the request for an audit, the Trustees, in their sole discretion, may initiate any appropriate legal proceedings to obtain a court order compelling such defaulting Employer to submit to such audit. In such event any and all court costs and fees, including reasonable attorney's fees, incurred by the Trust shall be paid by such defaulting Employer.

Section 8. To the extent permitted by law, the Trustees, collectively or individually, shall have no liability with respect to the nonpayment of contributions by any employer contributor or other contributor. The Trustees shall have the power to demand, collect and receive employer contributions and they shall have the power to do all things necessary to collect and receive the contributions due to the Trust under the terms of the collective bargaining agreement, including the institution and prosecution or the intervention in any proceeding at law, equity or in bankruptcy and shall have the right to collect all sums due and owing to the Trust from all persons whatsoever. To the extent permitted by law, the Trustees shall have the power to compromise, settle or release claims or demands in favor of or against the Trust on such terms or conditions as the Trustees may deem desirable.

Section 9. If an employer contributor is

13

delinquent in his payments, and the Trustees file any suit to collect such delinquent contributions, said employer contributor shall pay reasonable expenses including attorney fees incurred by the Trustees in the collection of said delinquent contributions.

Section 10. If an Employer is delinquent on three occasions within any twelve month period, the Board of Trustees may establish an alternate day of the month as that Employer's delinquent date, or may establish an alternate payment schedule for contributions due hereunder that the Trustee's in their sole discretion believe are appropriate.

Section 11. The Trustees shall have the authority to adopt rules by the terms of which refunds of contributions may be made to a participating employer or employee where the employer or the employee has paid such contributions in error, provided that employer refunds shall be made only as permitted by Section 403(c) of the Employee Retirement Income Security Act of 1974.

## ARTICLE IV

### BOARD OF TRUSTEES

Section 1. The Trust Fund shall be administered by a Board of Trustees which shall consist of six (6) Trustees. Three (3) Union Trustees shall be nominated and elected by majority vote of the participating labor organizations and three (3) Employer Trustees shall be nominated and elected by majority vote of National Electrical Contractor Association chapters

14

bargaining agreement exists which provides for contributions to be made to the Trust Fund hereunder, provided, however, that the duration of this Trust shall not exceed the duration under which any such Trust might lawfully exist under any applicable law or statute.

Section 3.   This Agreement and Declaration of Trust may be terminated by majority vote of the Employer Associations and concurrent majority vote of the Participating Labor Organizations at any time, provided said termination complies with the requirements of ERISA.

Section 4.   In the event of termination, then the Trustees, after accounting for any and all funds and property remaining in the Trust and after payment of or making adequate provisions for all liabilities relating to or effecting this Trust, shall use the balance of the assets of the Trust, if any, remaining for the purpose of continuing the benefits herein provided for, and they shall adopt a plan or procedure for the fair and orderly administration of said remaining trust assets to accomplish such objective.

Thereafter, the Trustees shall be discharged of their duties and no longer responsible under this Trust Agreement.

IN WITNESS WHEREOF, on behalf of participating NECA Chapters and participating IBEW Locals their agreed upon agents have executed this Agreement and Declaration of Trust as of the day and year first above written.

NATIONAL ELECTRICAL CONTRACTORS
ASSOCIATIONS on behalf of
participating Chapters

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS
on behalf of Local Unions

_____

_____

The undersigned Trustees who have been appointed pursuant to this Trust Agreement agree to act under and be subject to all the terms and conditions of said Agreement and Declaration of Trust, including the responsibilities imposed upon trustees under ERISA, and any other applicable state or federal law. The undersinged hereby declare that they hold the Trust Fund created by said Agreement and Declaration of Trust in trust for the uses and purposes set forth in said Agreement.

EMPLOYER TRUSTEES

_____
MICHAEL GELLER

_____
PATRICK S. D'ANTONI

_____
PETER MARANA

UNION TRUSTEES

_____
JOHN WALSH/Local 6

_____
JOHN LOU REID/Local 595

_____
DAN RHODES/Local 332

### IBEW/NECA TRUST FUNDS
### LIQUIDATED DAMAGES REVIEW
### AND ASSESSMENT OF COST OF COLLECTION
### (CURRENT COLLECTION PROCEDURE)

IBEW/NECA Trust Funds have a unified collection policy and procedure whereby all the contributions due to the Trust Funds are submitted on a single transmittal and collection is pursued for all the amounts due on that transmittal. Payments are due on the 15th of the month, and if they are not postmarked by the 15th, liquidated damages of 10% are assessed.

The IBEW/NECA Trust Funds have a detailed collection policy and procedure. Pursuant to that procedure, the administrative office is required to take immediate action on delinquent contributions. By the 30th of the month, or the date of the trust meeting which is generally the fourth Thursday of the month, a delinquency list must be prepared and sent to the union, the collection attorney. In addition, the administrator contacts the collection attorney and the union office to go over the delinquent contributions. Immediately following the trust meeting, or by the 30th of the month, any delinquent contractors who have not paid are turned over to the collection attorney.

The Trust Funds have a policy for allowing a waiver or reduction of liquidated damages. The Trustees have the discretion to waive all or a portion of liquidated damages based on a waiver request of the employer. The Trust Funds have a written policy of automatically waiving liquidated damages one time in a 12 month period for every employer. In addition, other reasons for waiving or reducing liquidated damages are taken on a case-by-case basis by the Trustees.

The Trust Funds also have a payroll audit policy whereby all companies are audited on a random basis over a five year period. A copy of the collection policy is attached to this evaluation.

### EVALUATION OF COLLECTION COSTS
### (Administrative Offices)

The Trustees of the Trust Funds requested that the administrative office, in conjunction with the attorney, the auditor, and the local union, evaluate the collection costs and time spent in collecting delinquent contributions for the Trust Funds.

Draft - 01/08/02

Liquidated damages are assessed for any payments postmarked after the 15th of the month because it is necessary for the administrative office to distribute credits to all the employees and close the books by the end of the month. A delay of even one contractor can result in a delay of closing and additional costs and time spent by the administrative office.

The following actions on delinquent accounts are taken by the administrative office every month:

1. The delinquency list is prepared and distributed to the parties pursuant to the collection report.

2. The administrative office calls the union to make sure the contractors on the delinquency list have employees.

3. The administrative office contacts the attorney to go over the final delinquency list prior to sending it to the parties involved.

4. After the delinquent employers are contacted by phone to determine what the problem is regarding their delinquent payment, liquidated damages are calculated and a liquidated damages list is prepared.

5. Delinquent letters are sent to all employers who have not paid by the close of the books.

6. Liquidated damage letters are sent to all contractors who's reports were postmarked after the 15th of the month.

**HEALTH AND WELFARE.** Late payment of trust fund contributions may result in the following extra work and damages related to the processing of health and welfare payments and eligibility.

1. Employees lose their health care coverage.

2. Health care claims are denied due to loss of eligibility.

3. Often participants who lose benefits for health and welfare are forced to cancel appointments which can never be recouped because of late payments.

Draft - 01/08/02

    4. The union office and the trust fund office both have to field telephone calls from providers, emergency room hospitals, and pharmacies regarding eligibility questions for health and welfare.

    5. Health and welfare claims have to be processed retroactively when the payments are received.

    6. Eligibility tapes sent to pharmacies and providers must be revised when late payments are received.

    7. COBRA letters must be sent to participants who have lost benefits because a contractor has not paid.

The time spent on activities directly related to loss of coverage increases dramatically with the greater the amount of the delinquency and the number of participants involved.

In regards to health care eligibility, the more employees the delinquent contractor has, the more time spent fielding eligibility calls and concerns from both providers and participants.

**Estimated time and damages:** The processing of the unified transmittals and the processing of health care eligibility are handled by the same division of the administrative office for the Trust Funds. Currently the administrator employees three full time employees to handle this aspect of trust fund operations for IBEW/NECA Trust Funds. The full time Customer Relations Employee fields all phone calls from employees regarding lost eligibility, lost COBRA coverage, delays in sending reciprocity checks, and provider phone calls related to late eligibility information. She spends approximately 80% of her time (135 hours per month) resolving problems or fielding phone calls which were caused by late payments of contributions. The employee handling the clerical work spends an average of four hours per month handling to delinquent correspondence and other clerical work. The data processing clerk spend an average of three hours per month on work related to late or delinquent payments of contributions.

**Total estimated time spent by administrative office: Average 142 hours per month**

**PENSION PLAN.** Late payment of trust fund contributions may result in the following extra work and damages by the Pension Department.

           Draft - 01/08/02

1. The pension plan cannot credit pension benefits.

2. Participants lost interest on delinquent contributions not deposited to trust funds.

3. Pension technicians are unable to calculate benefits for participants who apply for retirement during the delinquency.

4. Pension contributions must be charged retroactively, including lost interest which results in considerable additional work by the administrative office.

5. Credits for vesting and benefits must be calculated when late payments are received.

**ESTIMATION OF TIME SPENT.** These costs are directly related to the number of employees and the size of the delinquency. As the number of employees not receiving pension benefits increases, the number of phone calls, explanations, and work increases proportionately.

Estimated Time Spent: 1 - 2 hours per month, depending on delinquency.

**EVALUATION OF COLLECTION COSTS (BOARD OF TRUSTEES).**

The Board of Trustees spends time at every meeting dealing with delinquencies. The larger the delinquency, the more time the Trustees spend at the meeting. Collection reports are made for each meeting, and actions taken on these delinquencies regarding collections, waiver of liquidated damages, etc. Union Trustees must field calls from members and work with collection attorney and administrative office to determine amount of delinquency, etc. For large delinquencies, a collection subcommittee may be needed to address the problem involved. The union office and labor trustees must field calls from employees and assist in obtaining lien and stop notice information for those months.

Estimated Time Spent: Average two hours per month

4                                    Draft - 01/08/02

## EVALUATION OF COLLECTION COSTS
### (Attorney)

The collection policy requires that the collection attorney be involved with the delinquency within 10 days after payment is not received. The collection attorney takes the following action on a monthly basis.

    1. Receives a copy of the collection delinquency list, prepares a delinquency report for the Board of Trustees.

    2. Attends trust meetings for a review of the delinquent contractors.

    3. Sends demand letters to the delinquent contractor.

    4. Makes phone calls to the delinquent contractor.

    5. Works directly with the union regarding delinquencies.

Often delinquent contractors are delinquent because they do not have the money to make payment and other avenues of collection rather than filing an ERISA complaint in federal court must be made. These include,

    1. Making arrangements for joint checks, filing liens and stop notices.

    2. Contacts the union and employees for payroll information and locations where they were working.

    3. Notifies the employees of the delinquency and requests job site information. This information must be processed, amounts due on each job calculated.

    4. File mechanic's liens and stop notices, complaints in state court. (Liquidated damages, attorney's fees and costs are not collectable from these third party payers).

Estimated Time Spent at $175.00 per hour: Average on all collections 10 to 15 hours per month.

Draft - 01/08/02

## EVALUATION OF COLLECTION COSTS
### (Auditor)

**AUDIT PROCEDURES.** The Trust Funds have a unified audit procedure which involves auditing all of the contractors over a five year period. If the audits do not show any discrepancy, no action is taken and the audit cost is borne by the Trust Fund. The audit procedure is instituted to insure correct payment. The Trustees and the auditor spend considerable time performing the audits, reviewing the audit decisions before any delinquencies found in the audit are turned over to the attorney for collection. These costs are not recouped.

Estimated Costs: $8,900.00 per year - average over five years

The above are only part of the expenses incurred by the Trust Funds in collecting delinquent contributions. These costs are very difficult to quantify as they vary substantially from delinquency to delinquency.

**INDIRECT COSTS.** In addition to the above costs, there are other indirect costs which are even more difficult if not impossible to quantify. For example,

1. Employers that pay on time are penalized by employers who chronically make delinquent payments and use the trust funds' assets to their benefit.

2. Without liquidated damages there would be no incentive for employers to pay on time. This would result in increased chronic late payers, lost interest to the trust funds, and additional time spent by the administrative office, trustees and attorney as described above.

3. If more than one or two large employers are delinquent in any one month, it can seriously jeopardize the ability of the administrative office to function at all; to close out the books, and adequately credit all the employees' hours. This may result in additional overtime work and could jeopardize the payment of employee benefits to the employees.

## TRUSTEES' RECOMMENDATIONS

6                                                    Draft - 01/08/02

COLLECTION PROCEDURES

SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST FUND

I.   DELINQUENCIES

A.   Delinquency Procedures of the Administrator

1.   All reports from participating contractors are due and payable by the 15th of the month, all reports postmarked after the 15th of each month are considered delinquent and will be charged liquidated damages by the Trust.

a.   On the 20th of each month the Administrator (UAS) will run a delinquency list.

b.   On the 20th of each month all delinquent employers will be sent a reminder notice from this office.

c.   As employer transmittals are received cross them off the list.

2.   On the 25th of each month a final delinquent list will be run.  The following copies will be distributed as shown below:

a.   Union Office
b.   Attorney
c.   Original Keep in this Office

3.   On the 25th of each month delinquency letters will be sent to all employers still showing delinquent on the delinquency list giving them ten days to make payment.  Seven days after delinquency notices go out the administrative office will review the delinquency list for payments and notify Attorney of all contractors still delinquent.

4.   On the Monday preceding the Trust Meeting the Administrator will phone the Union and go over the final delinquent list.

5.   On the day of the Trust Meeting the delinquent list will be updated as much as possible between the Union and this office.

6.   The day of the Trust Meeting the Collection Attorney will proceed with collections on those employers on the delinquency list.

B.   Collection Procedures of Attorney

1.   The Collection Attorney shall begin collection procedures on all delinquent accounts still outstanding ten days after notice is sent from the administrative office to the delinquent contractor.   The collection attorney shall send a demand letter within three days of notification of the administrative office of

the delinquent contractors.    This letter shall request payment within ten days.

2.  In the event contributions are unpaid ten days after the correspondence from the Collection Attorney, the Collection Attorney shall explore available avenues of collection, including stop notices, mechanic's liens, notification of bonding companies (contractor's licensing bonds, miscellaneous indemnity bonds, public works bond, and Miller Acts Bonds) in addition to filing suit against the contractor.

3.  Since the contractor's licensing bond has liability of up to $3,000 for fringe benefit defaults, and becomes liable only after miscellaneous indemnity bonds have been exhausted, the Collection Attorney may refrain from notifying the contractor's licensing bond of the delinquency if it appears collection will be made from other sources.  However, since there is a six month claim period for notifying the contractor's licensing bond, the Collection Attorney shall notify the contractor's license bond no later than four months after the delinquency has occurred, unless collection has been made from other sources.  Collection Attorney may refrain from pursuing claims on contractor's license bond pending a Supreme Court decision in the El Capitan case.

II.  LIQUIDATED DAMAGES

A.  Liquidated Damages Procedures of the Administrator

1.  Liquidated damages are assessed on transmittals postmarked after the 15th of each month.  Attach the envelopes to the back of the delinquent transmittal.    By the 30th of each month the Administrator will send out liquidated damage billings to these employers.  This letter will inform the employer of their right to request a waiver.  At this time a list will be typed of outstanding liquidated damages still owed the Trust.

a.  The list of outstanding Liquidated Damages will be sent to:

Attorney
Original Kept in this Office

b.  The outstanding liquidated damages list shall contain the names of all employers who have been assessed liquidated damages and have not paid the amount due or have not requested a waiver.  The contractors on this list who owe liquidated damages of over $500 will be turned over to the attorney for collection pursuant to Section B.

c.  Contractors who have outstanding balances of liquidated damages under $500 will remain on the list for a 12 month period.  If the contractor incurs no more liquidated damages in that 12 month period their name and amounts owed will be removed from the list.

d.   If a contractor has a second late payment in a 12 month period and the amount owed is in excess of $500 it will be turned over to the Attorney for collection.  If the amount is still not in excess of $500 the Board of Trustees will decide what action to take.

e.   A letter will be sent to the union of liquidated damages charged for the current month.

f.   Liquidated damages are assessed as follows:

(i)   On the following funds:   Welfare, Pension, Apprenticeship Training - 10% per fund.

(ii)   Minimum charge is $20 per fund or 10% whichever is greater or $60 minimum charge.

D.   Liquidated Damages Procedure of Attorney

1.   If liquidated damages are not received within ten days from receipt of the Administrator's letter, or if no waiver request as defined in Section 2 is received, the Collection Attorney shall be; immediately advised and a demand letter will be sent from the Collection Attorney's office requesting payment within ten days. If there is no response within ten days the Collection Attorney may send a second demand letter via certified mail.

2.   The employer has a right to make a written request that liquidated damages be waived.  The Trustees have the power to waive or reduce liquidated damages.  Generally, the trustees will waive one late payment in a 12 month period.   In the event that a contractor is delinquent or late in paying their fringe benefits more than one time in a 12 month period, the trustees may require the contractor to post a fringe benefit bond (minimum amount of $10,000) in addition to paying all liquidated damages due.

3.   If no waiver request is received, or if the trustees decide that the liquidated damages are due and owing, the Collection Attorney may be authorized to proceed with collection as set out in Section 1.  Generally, liquidated damages in amounts under $500 are not pursued by the Collection Attorney beyond sending the initial demand letters.  Liquidated damages in excess of $500 are pursued under the guidelines for collection set on in Section I.B.

III.   NSF CHECKS

A.   If a check for employee benefit contributions is returned by the bank for insufficient funds the following action shall be taken.   The Administrative Office shall immediately call the employer and inform them that they will be required to submit a certified check to the Administrator's office within 24 hours. This phone call should be immediately followed by a letter to the contractor so stating.   If the check is not received within 24

hours the attorney will be notified.

B.   The Collection Attorney will immediately notify the contractor that the collection on the NSF check has been turned over to their office and that a certified check will be required within 24 hours.  If the check is still not received the attorney will proceed with the collection procedures as outlined in Section 1.B.

IV.  AUDIT PROCEDURES

A.   Upon completion of the payroll audit the auditor shall send a copy of the completed audit to the contractor, Labor (Bruce Baxter), Management (Tom Barrow), the Administrator (_____) and the Collection Attorney (Sue Campbell).  Within 15 days of receipt of the audit Labor and Management should notify the Administrator that 1) the audit appears to be correct and to proceed with collection of the amounts owed as indicated b the audit, or 2) there are substantial discrepancies in the audit and that further investigation should be taken before a demand for payment is made. If the Administrator receives no response from Labor and Management within 15 days, the Administrator shall notify both Labor and Management in writing that since he has had no response he assumes that the audit is correct and will be requesting the amount stated on the audit as due and owing.

B.   If the audit appears to be correct and is approved by Labor and Management or if there has been no response from Labor and Management as described above, the Administrator shall send a courteous demand letter to the employer with a copy of the audit stating the amount due and requesting payment within ten days, or a response explaining why the contractor feels the amount due is in error.

C.   In the event that the employer does not remit monies due within the time prescribed or reply appropriately as to discrepancies, a demand letter shall be sent from the Collection Attorney advising the employer that suit will be filed unless the amount requested on the audit is paid.

D.   In the event that the employer fails to respond to the attorney's request for payment of the amounts due on the audit, or fails to submit a written statement as to why they believe the amount is incorrect, collection will proceed as outlined in Section 1.  Action against the contractor's license bond and fringe benefit bond will not be taken without prior authorization from trustees.

E.   If the employer responds in writing challenging the amount due on the audit and if the audit shows substantial discrepancies which need further investigation, or there appears to be a contract violation regarding fringe benefits the Trustees shall be notified of the discrepancies and shall make a decision within 90 days as to what action should be taken.

Rev. 1/26/90