SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone:  (408) 277-0648
Fax:      (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND, | ) ) ) ) ) ) ) ) ) ) | CASE NO.:  C08-00537 RMW  JUDGMENT BY DEFAULT BY COURT |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) ) | DATE:       July 25, 2008 TIME:       9:00 a.m. PLACE:     Courtroom 4, 5th Floor JUDGE:      Ronald M. Whyte |
| SPARTAN ENGINEERING, INC., a California Corporation, | ) ) ) | |
| Defendant. | ) ) ) ) | |

The defendant SPARTAN ENGINEERING, INC., a California Corporation, having been regularly served with summons and copy of complaint, having failed to appear and answer said complaint within the time allowed by law, and the default of said defendant having been duly entered, upon application to plaintiff to Court, and pursuant to affidavit on file herein, the Court orders the following JUDGMENT.

It is ordered and adjudged that Plaintiffs NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN

1

CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND, have and recover from said Defendant SPARTAN ENGINEERING, INC., a California Corporation, the sum of $21,121.57 in contributions; $11,256.52 in liquidated damages; $3,342.60 in interest at 8% pursuant to contract from September 15, 2007 through July 15, 2008, $6,454.50 in attorney's fees, together with costs in the sum of $390.00; for a total amount of judgment of $42,565.19.

Dated: _____          _____

JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2