UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 25, 2008

Case No. C-08-00537-RMW            JUDGE: Ronald M. Whyte

**NORTHERN NEVADA SOUND            -V- SPARTAN ENGINEERING, INC.**
Title

No Appearance                                         No Appearance
Attorneys Present (Plaintiff)                 Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia            COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FOR ATTORNEY'S FEES

ORDER AFTER HEARING

Hearing Not Held. No appearance by counsel. The Court took this matter under submission without oral argument. The Court's tentative ruling is to grant the motion for default judgment. The Court will make slight adjustment in attorney's fees and interest. The Court to send out a final ruling to the parties. The matter is deemed submitted.