**E-FILED on** 7/28/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTAN ENGINEERING, INC., a California Corporation,<br><br>Defendant. | No.  C08-00537 RMW<br><br>JUDGMENT |

On 7/25/08, the court issued an order granting plaintiffs' application for default judgment as to their claims for delinquent benefits, liquidated damages, interest and attorney's fees and costs. Accordingly, default judgment is hereby entered in favor of plaintiffs and against defendant. Plaintiffs are awarded $21,121.57 for delinquent contributions, $11,256.52 in liquidated damages, interest in the amount of $3,194.16, attorney's fees of $5,723.25 and costs of $390.00. The

ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT—No. C-08-00537 RMW
ERE

1  total amount of the award shall be $41,685.50.

DATED: 7/25/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiffs:**

3 Sue Campbell                suecampbell@att.net

4 **Counsel for Defendants:**

5 (no appearance)

6
7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9
10 **Dated:**    7/28/08                                        /s/ MAG
                                                                              **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**For the Northern District of California**