**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*

Recording requested by and return to:  **SUE CAMPBELL**

ATTORNEY AT LAW SBN: 98728
1155 N. FIRST STREET SUITE 101
SAN JOSE, CA 95112

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: **U.S.D.C - NORTHERN DISTRICT**
MAILING ADDRESS: **280 S. FIRST STREET ROOM 212**
CITY AND ZIP CODE: **SAN JOSE, CA 95112**
BRANCH NAME:

*FOR RECORDERS USE ONLY*

PLAINTIFF: Northern California-Northern Nevada, et al.

DEFENDANT: SPARTAN ENGINEERING INC. A CALIFORNIA CORP

CASE NUMBER:

C08-00537 RMW

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended |
|---|---|

*FOR COURT USE ONLY*

1. The [✓] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's
   Name and last known address

   SPARTAN ENGINEERING, INC.,
   a California Corporation
   540 PARROTT STREET SAN JOSE, CA 95112

b. Driver's license no. [last 4 digits] and state:            [✓] Unknown
c. Social security no. [last 4 digits]:                       [✓] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
   mailed to *(name and address):*  SAME AS ABOVE

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   SEE ATTACHMENT ONE

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 8/5/2008
SUE CAMPBELL, ATTORNEY AT LAW
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 41,685.50

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* 07/28/2008
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until
       *(date):*

12. a. [✓] I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*

**AUG 0 7 2008**

RICHARD W. WIEKING

Clerk, by   DIANE MIYASHIRO , Deputy

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF: Northern California-Northern Nevada, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: SPARTAN ENGINEERING INC. A CALIFORNIA CORP | C08-00537 RMW |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.                    Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

17.                    Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.                    Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.                    Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

# ABSTRACT OF JUDGMENT
# ATTACHMENT ONE

## Northern California-Northern Nevada, et al. VS. SPARTAN ENGINEERING INC. A CALIFORNIA CORP.

### CASE NO.: C08-00537 RMW

3.      Judgment Creditor:
NORTHERN CALIFORNIA-NORTHERN
NEVADA SOUND AND COMMUNICATIONS
EMPLOYEE BENEFIT TRUST FUNDS;
DOUG LUNG AND BOB TRAGNI AS
TRUSTEES OF THE NORTHERN
CALIFORNIA-NORTHERN NEVADA
SOUND AND COMMUNICATIONS
DISTRICT NO. 9 HEALTH AND WELFARE
TRUST FUND

c/o SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, CA 95112


4.      Judgment Debtor:
SPARTAN ENGINEERING, INC.,
a California Corporation